UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TYREL ESCOBAR,

                    Plaintiff,

          - against -                          22-cv-8434 (JGK)

JOHN DOES 1-10,                                ORDER
                    Defendants.

---

JOHN G. KOELTL, District Judge:

    The time for the plaintiff to serve the summons and complaint is extended to **January 23, 2023.** If the plaintiff fails to serve the summons and complaint by that date, the case will be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 4(m). The conference scheduled for **February 16, 2023** is canceled.

SO ORDERED.

Dated:    New York, New York
          January 9, 2023

                                          _____
                                               John G. Koeltl
                                          United States District Judge