UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYREL ESCOBAR,

                Plaintiff,

- against -

JOHN DOES 1-10,

                Defendant.

22-cv-8434 (JGK)

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

JOHN G. KOELTL, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

**X**  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___  Motion/Dispute:*

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral is:

_____

___  Settlement*

___  Inquest After Default/Damages Hearing

___  Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___  Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose: _____

___  Habeas Corpus

___  Social Security

___  Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion: _____

    All such motions: ___

SO ORDERED.

New York, New York
January 11, 2023

                                            _____
                                            John G. Koeltl
                                            **United States District Judge**

---

* Do not check if already referred for general pretrial.