UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TYREL ESCOBAR,

                Plaintiff(s)

       -against-

DET. LUIS CORREA,

                Defendant(s).
-----------------------------------------------------------------X

22/23 civ 8434 (JGK)

## ORDER

The matter having been referred to mediation on August 25, 2023,

The November 14, 2023 conference is canceled.

**SO ORDERED.**

_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       November 1, 2023