USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/5/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYREL ESCOBAR,

       Plaintiff,

-against-

DECLAN LUDINGTON et al.,

       Defendants.

22-CV-08434 (MMG)

**ORDER WITHDRAWING REFERENCE TO MAGISTRATE JUDGE**

MARGARET M. GARNETT, United States District Judge:

  On January 11, 2023, this case was referred to Magistrate Judge Figueredo for General Pretrial Supervision by the previously-assigned district judge. *See* Dkt. No. 7. It is hereby ORDERED that the reference is WITHDRAWN.

Dated: September 5, 2024
    New York, New York

              SO ORDERED.

              MARGARET M. GARNETT
              United States District Judge