# EXHIBIT A

Docket Information

**Docket Number:** CR-018825-19QN
**Legacy Docket Number:**
**Serial Number:**
**Court:** Queens Criminal Court
**Filed Date:** 06/13/2019
**Defendant Name:** Escobar, Tyrell
**Interpreter Language:**
**Date of Birth:** ████████
**Sex:** Male
**AKA:**
**County:** Queens
**Arrest Number:** Q19622362
**Arrest Date:** 06/12/2019
**CJTN:** 69047099R
**NYSID:** ████████
**Summons/Complaint #:**
**Last Disposition Date:** 01/21/2020
**Docket Disposition:** Transfer to Superior Court
**First Arraignment Date:** 06/13/2019
**Next Appearance Date:**
**Next Appearance Part:**
**Expected Attendance Method:**
**Address:** 1-20 Astoria Boulevard
Queens, New York 11102
**Active TOP:** No
**Active Warrant:** No
**Sealed Case Message:**

Appearance Information

**Appearance Date:** 01/21/2020
**Judge:** Hon. Suzanne J. Melendez
**Part:** N
**Purpose:** Open
**Court Reporter:** Nevin, Gina
**Warrant Return Part:**
**Appearance Disposition:** Transfer to Superior Court
**Conviction Charges:**
**Tolling Event(s):**

**Appearance Date:** 01/06/2020
**Judge:** Hon. Suzanne J. Melendez
**Part:** N
**Purpose:** Open
**Court Reporter:** Apicella, Stephanie
**Warrant Return Part:**
**Appearance Disposition:** Adjourned
**Conviction Charges:**
**Tolling Event(s):**

**Appearance Date:** 11/14/2019
**Judge:** Hon. Suzanne J. Melendez
**Part:** N
**Purpose:** Open
**Court Reporter:** Salmon, Antoinette
**Warrant Return Part:**
**Appearance Disposition:** Adjourned
**Conviction Charges:**
**Tolling Event(s):**

Appearance Date:    10/17/2019
Judge:              Hon. Suzanne J. Melendez
Part:               N
Purpose:            Open
Court Reporter:     Kane, Kathy
Warrant Return Part:
Appearance Disposition:    Adjourned
Conviction Charges:
Tolling Event(s):

Appearance Date:    10/03/2019
Judge:              Hon. Toko Serita
Part:               APAR3
Purpose:            Open
Court Reporter:     Gruebel, Kevin W
Warrant Return Part:
Appearance Disposition:    Adjourned, Warrant Executed
Conviction Charges:
Tolling Event(s):

Appearance Date:    10/02/2019
Judge:              Hon. Bruna L. DiBiase
Part:               AP6
Purpose:            Open
Court Reporter:     Phillips, Faye
Warrant Return Part:       AP6
Appearance Disposition:    Bench Warrant Issued
Conviction Charges:
Tolling Event(s):          Warrant

Appearance Date:    07/31/2019
Judge:              Hon. Bruna L. DiBiase
Part:               AP6
Purpose:            Open
Court Reporter:     Nevin, Gina
Warrant Return Part:
Appearance Disposition:    Adjourned
Conviction Charges:
Tolling Event(s):

Appearance Date:    07/23/2019
Judge:              Hon. David J. Kirschner
Part:               AP6
Purpose:            Open
Court Reporter:     Salmon, Antoinette
Warrant Return Part:
Appearance Disposition:
Conviction Charges:
Tolling Event(s):

Appearance Date:    06/27/2019
Judge:              Hon. Bruna L. DiBiase
Part:               AP6
Purpose:            Open
Court Reporter:     Nevin, Gina
Warrant Return Part:
Appearance Disposition:    Adjourned
Conviction Charges:
Tolling Event(s):

Appearance Date:    06/13/2019
Judge:              Hon. Scott Dunn
Part:               APAR3
Purpose:            Arraignment
Court Reporter:     Cavanagh, Eileen

Warrant Return Part:

Appearance Disposition:  Adjourned, Arraigned, Pled Not Guilty

Conviction Charges:

Tolling Event(s):

## Charge Information

| Charge | Counts | CJTN | Count # | Latest Charge Outcome | Incident Date | Ticket # |
|--------|--------|------|---------|----------------------|---------------|----------|
| PL 265.03 CF Crim Possession Weapon-2nd Deg | 1 | 69047099R | 1 | | 06/08/2019 | |
| PL 265.03 01B CF CPW-2nd: Loaded Firearm | 1 | 69047099R | 2 | | 06/08/2019 | |
| PL 120.25 DF Reckless Endangerment-1st | 1 | 69047099R | 3 | | 06/08/2019 | |

## Sentence Information

No Sentence Information

## Bail / Non Monetary Release Conditions Information

Action Date:          10/17/2019
Action:               Remanded Without Bail
Posted At Jail:       No
Posted By Defendant:  No
Bail Made:

Action Date:          10/03/2019
Action:               Set
Posted At Jail:       No
Posted By Defendant:  No
Bail Made:
Bail Cash:    $1.00
Bail Credit:  $1.00
Insurance Company Bail Bond:   $1.00

Action Date:          10/02/2019
Action:               Forfeited
Posted At Jail:       No
Posted By Defendant:  No
Bail Made:

Action Date:          07/23/2019
Action:               Posted
Posted At Jail:       No
Posted By Defendant:  No
Bail Made:            Bond
Surety Name:    AMERICAN SURETY

Action Date:          06/13/2019
Action:               Set
Posted At Jail:       No
Posted By Defendant:  No
Bail Made:
Bail Cash:   $30,000.00
Insurance Company Bail Bond:   $45,000.00

Attorney Information

| Attorney/Firm Name | Attorney Type | Firm Name | Phone Number | Date Assigned | Address |
|---|---|---|---|---|---|
| Hughes, Dorothy Ann Riordan | Public Defender | No | ▮▮▮▮▮ | 06/13/2019 | 11821 QUEENS BLVD FOREST HILLS, New York 11375 |
| Shoshany, Hanna Hanit | Retained Attorney | No | ▮▮▮▮▮ | 10/17/2019 | 60 E 42ND ST STE 950 NEW YORK, New York 10165 |

Motion Information

No Motion Information

© 2022 – NYS Criminal Inquiry System