# EXHIBIT B

Page 1

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

TYRELL ESCOBAR,

      Plaintiff,

   v.                    Index No.

SERGEANT DECLAN LUDINGTON and     22 Civ. 8434

DETECTIVE RYAN SHEEHAN,

      Defendants.

_____

DEPOSITION OF

TYRELL ESCOBAR

DATE:         Wednesday, October 1, 2025

TIME:         11:24 a.m.

LOCATION:    Remote Proceeding

             Rickner Moskovitz LLP

             14 Wall Street, Suite 4C

             New York, NY 10005

REPORTED BY:  Alida Green

JOB NO.:    7639456

Certified Copy

Tyrell Escobar

Page 42

Q   Okay.  And we're going to move on from this for now.  Okay.  And have you ever been placed on probation or supervised released before?

A   Yes.

Q   Okay.

A   But -- a juvenile, though, so I don't -- I --

MS. PANOUSIERIS:  So yeah.  We'll object to disclosing any sealed juvenile information.

THE WITNESS:  Yeah.  I was -- yeah.  That's it.  I was a juvenile.

BY MS. ANDERSON:

Q   Anything aside from the juvenile ones?

A   No.

Q   Okay.  All right.  Okay.  So other than what you've already testified to and other than anything juvenile, have you ever been convicted of any other crimes that you can remember?

A   No.

Q   Okay.  And I'm just seeing -- I know that you had mentioned -- other than what you've already testified to, and not including anything juvenile, have you been arrested for any other crimes that you can remember presently, or have we touched on everything?

Page 43

A   I don't remember anything -- let me think -- any arrests -- no.  It was only those things.  Probably, like -- probably another weed arrest, maybe.  Like, it was just -- it wasn't nothing major or nothing.  It wasn't -- it was just stuff.

Q   Okay.  And then do you have any family members that work in the New York City Police Department?

A   Family members?  No.  I wish.  Oh, my God.  I wish.  Oh, my God.  What --

Q   Okay.

MS. PANOUSIERIS:  Just answer the question, Tyrell.

BY MS. ANDERSON:

Q   And do you know anyone that works in the NYPD?

A   No, ma'am.

Q   Okay.

THE REPORTER:  What was that response?

THE WITNESS:  No.  "No, ma'am."  Sorry.

THE REPORTER:  It's okay.

BY MS. ANDERSON:

Q   Okay.  So I'm going to now focus on the October 2nd incident that's the subject, you know, of this action.  So I guess how I'd like to start is just

Page 44

by asking you:  What do you remember about -- actually, let me go back a second.

Do you remember what day of the week October 2, 2019, was?

A   No, I can't lie to you.

Q   Okay.

THE REPORTER:  What was that?

THE WITNESS:  I said, "No.  I can't lie to you."  No.  I don't remember the day -- you know, the day of the week.  That's -- that's years ago.

BY MS. ANDERSON:

Q   Okay.  And I want to try to, like, walk through the day in chronological order.  So what time did you wake up that day?

A   What time -- I probably woke up around, like -- I woke up -- I woke up late, actually.  That's what happened.  I woke up late.  That's why this all started.  This all started because I wake -- I wake up late.  I woke up probably, like, eight o'clock or something, or probably, like, seven something, eight o'clock.  I wake up late though.  I wake up late, and I had to be to court; you know?

Q   Okay.  So you wake woke up late, and you had to be in court.  What time was court?

A   Like, nine o'clock court opens.

Page 45

Q   Okay.  And how'd you get to court that day?

A   Train.

Q   Train.  Okay.  So what happens in court that day?

A   I was supposed to be there at nine, so I guess I walked in the courtroom probably, like, a little after ten maybe, or probably after.  But I walked in the courtroom a little behind schedule.  I was looking for my lawyer.  I was looking for my lawyer.  I couldn't see my lawyer.

And I guess the judge was looking at me, like -- the judge, like -- I don't know.  I guess I was standing out, and the judge was looking at me, like -- I don't know.  He was just looking at me.  Then before -- I guess before lunch break or something, like, he pointed at me, like -- and asked me, like, "What are you here for," whatever, like, "Who's your lawyer?"  I guess he was asking like, what's up, what was going on with me.

So they put me in front of the thing, and they just remanded me.  He remanded -- I guess he was like, "You think this is a joke.  It's a game.  You came here late."  I think I walked in -- I had my durag on, so he was like, "You've got your durag on, you came in here late," like -- so he -- he remanded

12 (Pages 42 - 45)

Tyrell Escobar

Page 46

me, like, "I revoke your bail. Remand." But I -- I think he was trying to hold me, though, but that's what happened. He remanded me. But I was so scared. You want me to keep going? I don't know --

Q   That's good. Yeah. That's good.

A   I don't know whether that's done, or -- like, I don't know.

Q   I'm happy to ask more, but what I was going to ask is what happens next, so yeah, if you could please just tell me what happened next.

A   Yeah. So they -- he said -- the judge -- the judge said -- I remember exactly what he said, like, "I'm revoking his bail. Remand." Then he hit the -- he hit the hammer. And I was so sad and, like -- like, depressed and mad, like -- because I just bailed out -- I just bailed out of jail, I had a new job, I was doing fine.

So I was just so scared. I just, like -- I just -- I just ran. Like, I ain't know what to do. I was -- I just ran. I ran. I ran as fast as I could like somebody was trying to kill me. I ran as fast as I could.

I wound up escaping the court officers and stuff. I wound up, like, running behind the house and stuff, hiding. And I was hearing them, too, but they

Page 47

didn't even know I was -- I was -- like, I was hiding right around the corner, just waiting for them to leave. And then that's what happened. I left.

Q   Okay. Thank you. So you said, like, when you ran out, you said you could hear the court officers; did I hear that right?

A   Yeah. They was chasing me. They was chasing me. Like, I ran. So when I ran out -- I don't know if you've ever been to Queens court, but it's crazy. It's, like, a lot of court officers and stuff. So when I ran out, by the time the court officers knew what was happening, I was already running out the -- the house, like running out the court.

So they started chasing me. But I'm already -- you know, I was younger, I was lighter, I was skinnier. Like, I -- I had them legs. I was running, and they couldn't catch me. I ran. They couldn't catch me. But I'm tired; you know? I smoke weed; you feel me?

So I got tired, and I hid behind the house. So I was hiding behind the house. I was hearing their radio, but I was quiet. They didn't see me. They -- they, like -- they -- they got -- they walked off. They "Oh. He got away." Like, they gave up.

Page 48

Q   Okay. And when you say you were hiding behind the house, what house are you referring to?

A   It was a house up the hill. I don't -- I don't have no idea. It's somebody's house. Hopefully, they ain't see me.

Q   No. I got you. I wasn't sure if you were referring to, like, a family home or something. Just a random house, essentially --

A   A random house. Yeah. A random house by the courthouse. Like, a random house.

Q   Okay. Got you. Okay. So I hear all that. And then what happened after that; where'd you go after that?

A   I ain't know what to do, honestly. I was so scared. I was so scared. I called everybody. I called my mom, I called my girlfriend, I called everybody, and they was telling me, "Don't come home." Like, they was like, "Hey, you can't go there." So I went to my aunt's house. She was trying to help me. She was like, "Yo, what the fuck?" Like, "You just did what?"

They were scared for me because they seen it on the news, and when they seen it on the news, they was just scared. You know how family -- they were scared for me. I was, like, still kind of young, so

Page 49

they was like -- they were scared or whatever.

Q   Okay. And I don't know if I heard the word correctly, so I just wanted to ask: Did you say that they said don't go back somewhere, or -- they said?

A   No. Yeah, my mom was telling me -- someone was telling me, "Don't go home"; right? Don't -- don't go back home. You just ran. If you going to -- you feel me? "That's where they're going to go. Don't go home."

Q   Yeah. Okay. And so then where did you end up going?

A   Well, so I was so young. I didn't have nowhere to go but home. So if it wasn't home, I went to my aunt's house. I went to my family's house. So that was the only other place I -- I knew at the time or had, so I went to my aunt's house.

Q   Okay. And where is her house?

A   She lives in the Bronx. I forgot the address, but it's Featherbed Lane. It's on that strip. It's one of them buildings.

Q   Okay. And then tell me about what happened once you got to your aunt's house on Featherbed Lane.

A   Yeah. I got there. I ain't know what to do. I was just sitting there, like -- I was paranoid. I -- I'm just smiling. I ain't know what to do. My

13 (Pages 46 - 49)

Tyrell Escobar

Page 50

aunt was like, "You can't" -- like, "You can't stay here." Like -- you feel me? I -- I couldn't stay there.

I didn't know, like -- I ain't know what to do, so I was trying to think of something. Like, honestly, I was just sitting there thinking. I was just sitting there thinking, trying to get my head straight. And then by the time I even thought of something, there was a knock on the door, so -- like -- sheesh.

Q   Okay. So I just want to make sure I'm getting it clear. When you say by the time you thought of something, what do you mean by that?

A   By the time I was even thinking about anything, like, before I was trying to do anything or go anywhere, or -- or think about turning myself in, or think about anything -- before I was thinking about anything, police showed up.

Q   Okay.

A   I didn't even like -- and my mind was racing so much, I didn't -- I didn't know what to think, and I didn't know what to do. Honestly. I ain't -- I ain't know.

Q   Okay. So walk me through what happens when -- I think you said previously you heard a knock

Page 51

on the door?

A   Yeah.

Q   Okay. So you hear the knock on the door, and what happened next?

A   The knock on the door -- instantly -- my mind's still not even putting it together. It's just, like, "Police? Really?" Like, I'm still, like, kind of, like, shellshocked a little bit. So I'm just quiet. I heard a knock on the door. We just quiet. I'm just quiet.

I'm in the house with my aunt, my cousin, and her boyfriend, like, both of their boyfriends, I think. Yeah. Both of their -- so I'm in the house with them; right? I guess we all just, like -- honestly, we were all just quiet. Like, we were hoping they'd just knock and go, honestly.

Like, but it ain't go that way. They -- they knocked, and they were saying my name. They were saying, like, "Escobar family," like "Escobar." Like, they were saying stuff about me or whatever, like, "Oh, I know you're in there," and stuff like that. But nobody said nothing. There was no noise going on in the house or nothing, so it is like they knew something I didn't.

Probably, like a couple minutes -- I'm not

Page 52

sure because everything felt like -- that -- that whole time felt like long, like the whole -- the whole night. I felt like a long night. I don't know. I guess in a couple minutes or so, they started playing with the locks. They started playing with the locks. We heard them playing with the locks.

My aunt's scared. Everybody in the house scared. I'm scared. Like, everybody's scared. She don't want me to go to jail. She's scared. She -- she don't want them to hurt me, either. So she -- she wanted me to, like -- she don't want them to hurt me.

But I'm so scared, I don't even, like, want to just give myself up, like -- so I -- I ain't know what to do, so I just -- like, I'm just like: "Auntie, just, like, let them in, like -- or whatever. I'm going to just hide. I'm going to try to hide the best way I could. If they catch me or they see me, they see me."

And I -- I had a -- I had a decent hiding spot. I hid in the couch. I hid in the couch. It was, like, a futon couch. I hid in the couch, and then they let them in while I was in the couch. And then as soon as -- as soon as they come in, I'm in the couch, but I see through the cracks. Like, it's,

Page 53

like, a little crack. Like, I could see.

So I see them come in. I see flashlights. I just hear a lot of noise. Everybody -- they was telling people get out the house, whatever. They're looking for me. I remember they kicked my whole family out the house while they're searching.

So when they're searching, I'm in the couch. The house is a one-bedroom apartment, so it's very small. So it didn't take -- they're searching. They don't see -- they're looking everywhere. They don't see nothing. They moved the couch while I'm inside the couch. I guess they don't -- they still don't realize I was in the couch.

So I guess they knew I was there. They were about to leave. Right before they leaves -- right before they leaves, one of the officers, he put the flashlight inside the couch, like, in the cracks. Like, he put the light in through the cracks, and he seen me. He seen my eye. Like, the glare of my eye hit him.

And then soon as he seen me, like -- oh. I remember him saying -- I don't know if this is his exact words, but I remember something like, "Oh," like, "he's right here," or "We found him," or "I got him," or something. Like, he let everybody know,

14 (Pages 50 - 53)

Tyrell Escobar

Page 54

"Yeah. He's right here. I got him," or whatever.

And then they -- they open the couch. They open the couch, and, like -- I don't know. They open the couch, and then everything from there, it just -- like, it's vivid. Like, it's like -- honestly. But they open the couch, and they just assault me. They assault me. Ain't no words, ain't no discussion, you know, "Put your hands up. Stand up. You're under arrest."

It's nothing -- no sort of, kind of. It's just straight, like -- like, four, five -- I don't know. It's a few of them. It's, like, four of them at least, minimum, officers just assaulting me. And they -- they big. I remember they was -- they was -- had decent size to them. They was -- they was bigger than me. I know that. They was assaulting me.

I was -- I was getting stomped out, I was getting punched, I was getting tazed repeatedly by all the -- not just one of them. I was getting that by all the individuals, all multiple of them. They all was assaulting me. I was screaming. I remember me screaming. I remember me in pain. I remember all that. I remember -- I remember them tazing me. I remember my body being in shock. My body was just shaking. It was shaking. Like -- like, I got -- I

Page 55

got tased twice.

So it's, like -- I don't know -- I'm pretty sure none of y'all have got tased, though, but if anyone ever heard of getting tased, like, every second is like a (makes sound). It's like a -- it's not every second, but it give you, like, a shot every few seconds, and I had it two different spots. So it's like I was getting (makes sound).

It's like, I was getting -- like, I was getting shocked extreme, like, on top of them assaulting me. So that's why I was really in pain like that. Like, I've never been through that. I was -- I never, ever experienced that. I've never got jumped by grown men before, so I never -- it was a lot. It was painful.

And then I just remember them arresting me. Like, I remember them putting cuffs on me. I remember them trying to tell me to stop, and I'm like, "I'm not doing nothing," or something. Like, I'm not -- like -- like, I -- I wasn't doing nothing. I remember them trying to say something, and I -- I wasn't doing nothing. I stopped. They arrest me.

There's blood -- and there's blood. I's -- it's -- like, I'm hurt. I'm on the floor, and then they just take me, and they -- they -- they get

Page 56

me out the house. They get me in the car. But the whole time after they assaulted me, like, I'm not fully there now, like, if you get what I'm -- like, I'm not there.

Like, after they stomp -- stomp me out and punch me and all that, I'm not there. I'm disorientated, if that's the word. I'm not -- I'm not -- I don't know what's really going on no more., so -- but I know enough, but I don't know -- like, I'm dazed. Like -- like, I got hit hard. I'm dazed.

So they're trying to bring me downstairs, or they're dragging me. I could barely walk. I could barely walk. I've got noodle legs. They bring -- they -- they're dragging me down the stairs or whatever. I see -- that's when I see my mom. Like, my moms was in the lobby. I see my pops, I think. I think my family, they heard about what happened, what's going on. They came. I see my family. But I'm like -- I'm -- I'm out of it -- out of it --

THE REPORTER: "But I'm out of it"?

THE WITNESS: Yeah. Like, I'm -- I'm out of it. Like -- like, I'm dazed out. Right after that, I guess they see that I'm really hurt. The officers saw that I was really hurt; you feel me?

Page 57

They -- they seen I was really hurt.

And when they noticed I was really hurt, they had me sitting in the park -- after they put me in the -- in the cop car -- is -- right across the street is the -- is the parking lot. It's -- it's a gas station right across the street. They sat me in the gas station. I was in they're car while we was in the gas station parking lot.

And they was trying to tend to me, but -- like, they was trying to -- "Oh, you need water? Are you okay? Can you breathe?" They see I'm hurt, so they're trying to -- now they're trying to be nice a little bit. They -- they're trying to -- they're trying to -- like, they trying to be nice now -- they're trying to say whatever.

I declined everything. I just wanted to go to the hospital. Like, "Please, just take me to the hospital." They take me to the hospital. I guess they were trying to be quick in and out, so they was like, "Oh, he's good? All right. So he's good." They just gave me little Band-Aids or whatever. Then -- hospital ain't really do too much. They just -- "Okay," like, "The cops, y'all could take him. He's fine." Like, it was one of those, like, "He -- he's okay."

15 (Pages 54 - 57)

Tyrell Escobar

Page 58

And then they -- they took me to the -- to the precinct. And then from the precinct, they take me to court. And that's, like, that's how the day ends. And then the end of the day, I end up on Rikers.

BY MS. ANDERSON:

Q   Okay. Thank you. I appreciate you going through everything. I have a couple of -- I guess my first question, it kind of deals with sort of the aftermath. So I think you had just said they took you to the precinct. Can you describe what happens when you get to the precinct?

A   What happens when I get to the precinct? Nothing. They take my fingerprints. I'm just in the precinct. I'm hurt, I'm in the precinct. I got a -- I'm stressed. I'm in the precinct stressed. Like, "Look what I just got myself into. I'm all beat up. I just -- I -- I ran, I'm -- I'm in court." Like, I'm thinking about "Now I know I'm going to jail."

I'm stressed out. I'm in the precinct, stressing, hurt. I'm sad. I'm stressed, hurt, sad -- they just did the process, the regular precinct process. They -- they -- fingerprints; you know? I -- they probably took my picture, I mean, most

Page 59

likely. And then they sent me the court.

And when they sent me to court -- they drove me to court. I remember being escorted. It was about -- I don't know, but it was at least, like, four to five, probably five cars taking me to court. Like, it was, like, a lot, like I was the president. That's what made me more sad because it was like, "Y'all got so much cop cars." Like, for me, like, to score -- like I was -- I don't know -- at that time, I felt miserable, sad. I hurt. I was scared.

I go to the precinct -- no. I go to the courthouse. When they take me to the courthouse -- when they take me to courthouse, the court officers are being dicks, the court officers are being dicks because I ran out of court the -- like, two days or the day prior. I guess people got fired, or suspended, or whatever. I -- I don't care, honestly. Whatever happened, it happened.

But they was being dicks, and they assaulted me. They put the spit mask on my face. I remember that now. They put the -- they -- they assaulted me. They -- they was trying to say I was spitting. They handcuffed me, put the spit mask on my face, and, like, you've got to understand, I'm young, so all that's going -- doing to me, I'm just so, like, sad

Page 60

and -- I'm going through it. I'm literally, like, "I can't believe it. I'm hurt. I'm -- I'm sad."

And then I go to Rikers Island. I go to Rikers Island all beat up all -- first -- or sad or whatever. And then I -- I didn't know what was going to happen because I had an open case for the reckless endangerment, and then I had this, so I didn't know how big it was, but -- I didn't know how big it was.

Q   And I know you said that it was court officers, they assaulted you, essentially, at the courthouse?

A   Yeah -- yeah. Court officers assaulted me, too, when I get to court. Yeah. I stated that. They -- they -- it wasn't -- it was -- they -- I was talked about, even when I got to Rikers Island. Like, they knew who I was. Like, they was, like -- I was -- it was a big thing. It made the news.

It was, like, "Oh. You're the kid that" -- "Oh, you" -- like, and then they was -- like, people who -- who had ties with them or whatever, they -- I was getting treated unfair, honestly. I wasn't getting treated like a regular -- I was getting treated a little bit unfairer than a normal -- than a normal person.

Q   Okay. And then can you just describe a

Page 61

little bit more the transport between the precinct and the courthouse; was that more or less normal? Did anything significant happen during the transport between the precinct and the courthouse?

A   From the precinct to the courthouse --

MS. PANOUSIERIS:  Hold on, Tyrell.

Objection to form.

You can answer.

THE WITNESS:  From the precinct to the courthouse? No. It wasn't -- it wasn't nothing. I was in a -- I was in a cop car in the back. It was a lady in the back with me, and she was trying to talk to me. I remember that she was trying to -- she was trying to discuss with me, like - like, "Damn," like, "Look what's going on." Like, it wasn't -- she was trying to tell me, like, look what I did. Like, I did too much. Like -- and she was just, like -- we was just talking shit. There wasn't no -- it was a lady there. She wasn't, like -- it was a lady in the cop car, and she was just, like -- she felt bad for me, honestly. You could tell, like, she -- she felt bad for me.

MS. ANDERSON:  Okay. So I was going to just take another quick bathroom break, if that's okay with everyone else.

16 (Pages 58 - 61)

Tyrell Escobar

Page 62

MS. PANOUSIERIS: Yes.

MS. ANDERSON: I feel like that's -- and then I'll have some follow-up questions, but I appreciate you. I know that was an intense, long chronology, so appreciate that. And then maybe we'll come back in ten minutes. Does that work for everyone?

MS. PANOUSIERIS: Yes. That's fine. Thank you.

THE REPORTER: The time is 12:47 p.m. Off the record.

(Off the record.)

THE REPORTER: Back on the record. The time is 12:59 p.m.

BY MS. ANDERSON:

Q  Okay. All right. So thank you for going through everything with me. Appreciate it. I just want to kind of backtrack, take each sort of moment in time a little bit more in piecemeal and ask you some questions about it.

So when you were in the couch, I think you had said before that the officers had kicked the rest of your family out; is that that correct?

A  I believe so. Yes.

Q  Okay. And you know, during the assault, was

Page 63

anyone else in the apartment besides you?

A  Nobody else was in the apartment. I don't think so, no.

Q  Okay. And leading up to the moment that you encountered the officers, do you remember them directing you to do anything or saying anything to you?

A  No. It was no -- it was no -- they didn't say nothing. They just -- they was mad at -- I think they was mad at me, honestly. They -- they didn't say nothing.

Q  Okay. So I know you had said when they first kind of came into contact with you -- did you say that they punched you, or was it that they -- what did they do? I guess, what was the first point of physical contact that you can remember?

MS. PANOUSIERIS: Objection to form. You can answer.

THE WITNESS: Honestly, I can't give you the first impact or the first -- I can't -- I don't want to lie, so I can't tell you if I got punched first or if I got kicked first. I really don't know. I just know I just got assaulted as soon as they seen me.

It was -- it was so bad, I don't

Page 64

remember how bad it was, like, if you get what I'm saying. Like, it -- I don't remember the first punch. I don't remember that. I don't remember the first officer swinging on me. I don't -- I just remember them assaulted me.

BY MS. ANDERSON:

Q  Okay. And do you remember which officer tased you?

A  No. I don't -- I'm blocking -- I'm blocking my face. And you've got to understand, soon as I get hit the first time, my instant reaction is, like, to curl up to protect myself, protect my face and stuff. So that's my instant reaction. So by the time -- remember, I'm in the couch, so as soon they open the couch and get me -- like, as soon that happened, they don't -- I don't see nothing. I'm -- I'm curling up. I don't -- I don't see who's tasing me. But I -- I heard a few things. Like, I heard a few things. I remember hearing things, but -- yeah. I don't remember who tased me. I just know I got tased twice. So it was two officers. It wasn't one officer that tased me, two officers tased me.

Q  Okay. And just so I'm clear, like, two separate, like, officers tased you is what you're

Page 65

saying, or one officer tased you twice?

A  I -- I mean, that's what I'm guessing.

Q  Okay.

A  Because I got -- I got shot. Like, it's, like, the tase gun. It's, like, they shoot it at you. It's -- like, the -- the line, it's like a string, like, shot at you. So I was shot in two different spots.

I know -- from my knowledge, a tase gun, I think it's, like, one shot or something, or -- and they've got to reload it, or -- I -- I don't know, but I think it was two different shots because it happened, right -- happened at the same -- right -- it happened consistent. It happened right back to back.

Q  Okay.

A  Or at the same time, honestly.

Q  Okay. And what happens right before you were tased?

A  I got beat up. The only thing I -- the only thing -- was getting beat up.

Q  Okay.

A  Yeah. I don't know -- they didn't have to tase me. They already was beating me up.

Q  Okay. And then after your tase, what happens immediately after that?

17 (Pages 62 - 65)

Tyrell Escobar

Page 66

A   I got tased, tased again. They -- they beat me up. I'm -- I'm just -- like, I'm shaking. I'm on the floor. I'm -- I'm in pain, I'm shaking, electricity in my body, you know, it don't feel too good. And then they -- they wind up putting the cuffs on me. They're telling me to stop moving.

They're telling me to stop moving while I'm electrocuted. Like, they're telling me, like, they -- I mean, I'm not even -- I'm getting -- they telling me, like, I'm a -- I'm a threat. Like, they -- they was doing like I was a threat. And then they -- they put the cuffs on me. They put it on me crazy, you know, like, put it on me crazy.

Q   How long after you were tased were you placed in handcuffs?

A   I don't know. I can't -- honestly, I don't know.

Q   Okay.

A   I Don't know -- happened. I don't know how long --

Q   Okay. And when you say they put it on you, like, "crazy," can you elaborate what you mean by that?

A   Like they -- they -- I never got -- I never got beat like that before. I've never got -- I don't

Page 67

know. I never got jumped, like, that bad. I never got -- I never was hurt that bad ever, ever in my life.

I'm -- I'm about -- I'm about to be 30. I'm 28 years old. That's the -- that -- I've never got hurt like that. That's the most I ever was in pain, ever. Like, they -- they -- they made sure I was hurt, if it makes sense. They made sure -- "You're going to feel this one." That's what it was.

Q   Okay. And I'm just seeing if there's anything else about this part before I move on. And so I think you had mentioned the word "stomp" before. Can you just describe what you mean by that in terms of -- I know you said you were assaulted, and I understand you can't remember anything.

I just want to make sure I'm getting a clear kind of understanding of what you're saying. So I'll just ask you a direct question. You don't have to respond to everything I'm saying right now, but I guess, when you say that they stomped on you, what do you mean by that? Can you just explain that a little more?

A   Like, I was on the floor, and they were standing up, and they was using their feet and stepping on me. They were stepping on me very hard.

Page 68

They was -- like, they were stomping the ground, but they were stomping a human. They were stomping me. Like, they -- they were stomping on me.

Q   And did this happen before or after you were tased?

A   All at the same time. Like, I don't -- all -- everything going on at the same -- while I'm getting stomped on, in the midst of all this, I'm getting tased, too. So think about it. It's, like, four officers at minimum, four to five officers.

So one or two is stomping on me; you get it? Like, one or two is stomping on me, and the other one or two probably tasing me, maybe; you know? Like, it's a lot of action going on. Every -- they all was -- they all had parts. They all were active.

Q   Okay. And so that I understand what you're saying, so where on your body were they stomping on you?

A   -- everywhere. My legs, my -- did they stomp my face? Yeah. They could have stomped my -- but I blocked, though. So they could have stomped my arms, but I was blocking, so ain't no feet hit my face. But they stomped my body, my legs. And I was blocking my face. Like, I'm not -- I'm smart.

Page 69

I'm not going to let you just -- like, I'm not ugly. I don't want nobody to just ruin my face. Like, I'm blocking. Thank you. I'm going to block.

Q   Okay. So I think you had said legs and the arms --

A   My legs, body, arms. I was curled up. So imagine being curled up, and they just -- you know, they're not even aiming. I don't think they're aiming at spots. I think they're just stomping on me. I don't -- I don't think they're aiming at a selected spot.

But remember, I did say -- and I do remember my legs being weak. My legs was weak. My legs -- I couldn't really walk. So I mean, I couldn't -- I know I couldn't walk. After that beating, they had to lift me up, and they dragged me.

They didn't -- like, it wasn't like I was walking on my own two and they was next to me. No. They're holding me like this, mad tight, and they -- then they dragging me down the stairs. Like, I remember me falling, like, stumbling down the stairs and all -- I remember me, like, tripping and stuff, like, over my own feet. I remember that.

Q   Okay. So I got that. And then I think I just have, like, kind of similar questions just as to

18 (Pages 66 - 69)

Veritext Legal Solutions
800-727-6396          www.veritext.com          212-267-6868

Tyrell Escobar

Page 70

the assault. I know you had said the word "stomping." I think you had said the word "punching," so I just wanted to ask: What do you remember about the punching? Again, just, you know, elaborate for me as best you can.

A   I remember just getting punched. Like, I remember fists, a couple fists coming my way and getting my body, my face. I remember me blocking. I'm not blocking for nothing. I remember me trying to stop it, like, or -- or just decrease the damage. Like -- like, I'm trying to decrease the damage.

Like, they're trying to put out damage on me. They're not trying to -- they could have simply arrested me. It wasn't like -- it was simple. They could have -- I was in a couch. Like, they could have -- they could have easily -- they had their guns out and stuff.

Like -- like, they could -- they could have easily got me off the ground, arrested me. I wasn't -- I was caught. I wasn't doing nothing. I was -- I was small. I -- I wasn't no -- I didn't have no weapons or nothing. They just -- they just instantly -- like, they -- they wanted to do that. I'm telling y'all.

It was like they wanted to do it. It wasn't

Page 71

no mistake, it wasn't no accident. I didn't do nothing to them. Them officers right there that did it, I didn't do nothing to them. I don't know them, nothing. Like, I didn't do nothing. Not to them. I didn't do nothing to them. I didn't even say -- it wasn't no -- it wasn't no "fuck you," it wasn't no -- it was nothing -- none of that.

Q   And, like, when the punches occurred, were you on the ground at this point --

A   Yeah.

Q   -- or were you standing up?

A   I -- I was always on the ground. Never stood up.

Q   You never stood up?

A   I -- I never stood up. They never -- they never had me standing up until I was handcuffed. I was always on the ground. I was in the couch, and then I was on the ground. I was never standing.

Q   Okay. So even during the tasing as well you were on the ground?

A   Yes. I'm -- I'm tased on the ground. They tased me on the ground.

Q   Okay. Thank you. Now --

A   -- four, like four of them. They all -- I'm on the ground. I'm not standing. I'm not -- I'm not

Page 72

muscular, I'm not -- I'm like, "Come on. Come on."

Q   When you say you were in the couch, I think I kind of understand what you mean, but can you just describe a little, so I have a clearer picture of what you mean when you say "I'm in the couch"?

A   Oh. Well, basically, you know, like -- like, the futon couches, the couches that pull out, you know, that got, like, the -- the fake bed. Like, it could turn into, like, a bed, or you could pull out the bed?

Q   Mm-hmm.

A   So you open it, and it's -- like, before you pull the bed out, it's, like, a little space, like, if you get what I'm saying.

Q   Yeah.

A   And I was small enough -- that's how you know -- I was small enough to fit in there.

Q   Okay.

A   I was -- I -- I was small enough to fit in a couch, like, and that -- that should tell you -- because right now, I could not fit in no couch. Like, right now, today, that's not happening. Like, it -- it won't happen.

Q   Okay. So essentially, if you have, like, a couch or a futon, it's when you would -- like, you're

Page 73

in between the space where -- where it folds up, both sides of it?

A   Yeah.

Q   Okay.

A   Yeah. I'm -- I'm in between the space, basically. I'm in between -- it's, like, a little space. I'm in between it.

Q   Okay. And then when the officers do approach you, how do you go from there to the ground, from your memory?

A   I'm getting beaten on. I'm getting assaulted. As soon -- as soon as they flipped the couch, as soon as they opened the couch, I don't -- I don't get a chance to stand up.

Q   Okay.

A   I don't get a chance to -- to stand up at all. In fact, they -- if they would've let me stood up, I would've stood up, and I -- I got me. I'm -- I can't -- you feel me? I had -- they had their guns out. I was scared. It wasn't like -- they came in with they're guns out.

Like, I don't know -- that's scary. It was -- I'm a -- I'm an African-American male, like, so -- you feel me? I was scared. They made it seem like I was a threat, like I had a gun on me. That's

19 (Pages 70 - 73)

Tyrell Escobar

Page 74

what they made it seem like, I had a gun on me. That's what it -- that's what it sounds like. It made it seem like -- that's what they made it seem like. And I didn't have nothing. I didn't have -- not -- only thing I had was a little bit of weed. I didn't have nothing. I didn't even have money on me for real. I didn't --

Q Okay. So when they come over and you're in that sort of place on the couch, do the officers actually bring -- or do they bring you physically to the ground?

A No. They don't -- they don't -- they -- I mean -- yeah. Yes and a no. I don't -- they don't actually take me out the couch and throw me -- they actually beating on me so bad that, like, the couch flips and stuff, like, I'm on the floor, like, stuff like that, like --

Q Okay.

A But they don't -- they don't grab me and manhandle me like that. I'm not a toy. They -- they didn't do -- but they -- they -- from the couch to -- as soon as they opened it, assaults, soon as they opened it, to the point where -- you've got to understand.

I mean, picture someone getting assaulted.

Page 75

I'm supposed to just sit there? I'm supposed to just, "Hey," just -- like -- no. You're assaulting me. I'm trying to block. I'm trying to stop -- I'm trying to -- I'm probably moving. I'm probably trying to move away from your punch; you feel me? To the point where I -- I'm on the floor, and now I'm getting -- I'm getting stomped on, I'm getting tased. They doing it all.

Q Okay.

A But I feel like they did all that, though, because they didn't have -- they didn't have their cameras on, I don't think. And if they did have their cameras on, you will see all the proof. You will see -- you -- they -- you'll see what they did. They -- they -- it's like -- it's -- you can't even deny it. Like, you -- you will see it.

Q Thank you. Mr. Escobar. And I guess, at any point during the course of this, did you fight back at all, or was it more just blocking?

A I can't fight back. I -- I ain't have a chance. If I -- if I had a chance, it -- I didn't have a chance to fight back. I didn't -- it wasn't no chance. Can you fight someone back if you're in the couch? Like -- seen you in the couch, and someone open it, and four people just hit you, what -- or

Page 76

five, or -- like, what chance do you have? You don't have no chance.

Q Yeah. No. Maybe I can rephrase the question, I guess. At any point did you throw -- like, when I say "fight back," I mean did you try to punch any of the officers or do anything --

A It's impossible. It's four or five of them hitting me. It's -- I -- block and punch. If I'd have punched one of them, I probably would've had broken body parts if I would've hit one of them. That day, if I would've really -- if I would -- if I would've hit one of those officers, that would've gave them the rights to do more. They -- they -- that would've gave them the rights to probably do more.

They ain't -- they ain't even have the rights to do that. They -- they did that because I ran out of court. Like, what? It's court. I understand. Yes, it was a bad -- I did terrible. I was young. But I didn't -- I didn't hurt nobody that day -- that day. I didn't do nothing to nobody. I just ran out of court because I was scared.

I didn't -- I didn't hurt nobody running my case, the reckless endangerment. I didn't hurt nobody. Like, they -- don't make it seem like I'm someone that hurt people, I'm -- I'm a villain; that's

Page 77

why they -- no. It's not -- they did that because they are bad people. That's just the -- that's just the bottom. They are bad people. They should have never did that.

Q Okay. I think I'm good on the questions. I appreciate you going through it with me. So I'm going to just move on to -- so did you seek any medical treatment for the injuries you sustained during this incident?

A They -- they brought me to the hospital right then and there. Right after the -- after they had me sitting in the thing, they seen -- I couldn't go to -- they -- they seen that I couldn't go to the precinct like this, so they brung me to the hospital. I -- whatever the hospital did -- I was hurt. Yeah. They probably took pictures and stuff. I got tased. They took the taser out of me. They took one of the tasers out of me and stuff; you know?

Q Mm-hmm.

A And then I went -- I went to jail. And then from jail, you don't get the medical treatment or, like, the mental treatment you really need and ask for. And I was going through a lot of mental issues behind this, too. Like, besides physical -- my physical thing healed. That -- that healed over time,

20 (Pages 74 - 77)

Tyrell Escobar

Page 78

like, let's say a week or two, a month. I've still got the scars from being tased, though.

But the -- the wounds that -- my mental, though, me going what I went through personally, what I was feeling like, I could never -- I be scared of police now. I don't -- I don't want to talk to them. I don't want to -- they're not -- I don't even think they are good for me, not for me. They don't -- they don't do nothing. I didn't do nothing to them.

And then it's, like -- it's consistent. It's just a -- it's that, then it's when I went to court, it's Rikers Island, when I go upstate. Y'all don't understand the stuff I've been through on that little -- little -- years -- that little journey.

Like, y'all understand right after I get beat like that, I don't -- I don't see the streets in years. Like -- like, so you've got to -- I'm young. Like, I don't see my -- I don't see my -- I don't see the streets. I don't -- I'm locked up from 2019 to 2022, so -- and then every -- it's COVID, family dying, I'm stressing.

Like, it's -- like -- I -- I don't know -- like, it's a lot going on. That whole mental -- it's always a lot going on. I was seeking mental health. I seeked it. I asked them, and I feel

Page 79

like it was no help. It's to the point where I was -- I was contemplating stuff and everything, honestly speaking. I was going through a lot of mental things at that moment.

At that moment, I was going through a lot of -- I was sad. I -- I tried to go to mental health. They tried to give me pills or something. Like, I don't -- I'm -- I'm not taking no pills. I'm getting -- like, I'm fine. I know I'm fine. Like, I just need -- I don't know.

Like, I probably need someone to talk to and stuff like that, but -- yeah. I couldn't get that. I couldn't -- I couldn't -- Rikers Island don't provide that. Like, not for people like me, they don't provide that. So if I was home, yeah, I probably would've -- but I -- I was incarcerated. I couldn't.

Q   Understood. I'm going to ask a few more questions about, like, the mental injuries about this, too. But I think I just want to focus a little bit on the physical part of it for right now, and then I'll go into everything. But I have a few more questions just about the physical things. So I know that you said that they took you to the hospital right away. Who took you to the hospital?

A   Officers. I don't know.

Page 80

Q   Okay. Do you know if they were with the NYPD?

A   I'm pretty sure because they took me to the precinct right after, but --

Q   Yeah.

A   So I'm pretty sure, but I don't know.

Q   Okay. So the officers were with the NYPD most likely. Okay. So you go to the hospital first, then to the precinct, and then to court; am I correct on that timeframe?

A   Hospital, precinct, court. Yup. Perfect.

Q   Okay. Thank you. Okay. So how long after the incident, approximately, did you arrive at the hospital?

A   To be honest, I can't really say, but it was after the incident, so I would say, like, an hour. Only why I say, like, an hour because the incident felt long. They -- and when they took me downstairs, they had me sitting in the parking lot by the gas stations for, like -- trying to -- they were trying to help me by themselves.

Like, they were trying to make sure I was breathing, like -- you feel -- I'm telling you, they was trying to -- and I was so messed up to the point where they had -- they couldn't drive, or they

Page 81

didn't -- they wanted to make sure I was okay.

Like, they was in the backseat trying to get me stuff, and I was -- and I was -- I was declining it, though. I ain't going to lie. "I don't want nothing from y'all. Y'all evil." I mean, it was like, I didn't -- "I'm good."

Q   Right.

A   And then they took me to the hospital. So I'm guessing, like -- that shouldn't be, like, an hour, but, like, an hour, let's say, the frame.

Q   Okay. And the officers that you were just saying were, like, checking in on you in the parking lot, were those the same officers that assaulted you, essentially?

A   To be honest, I'm pretty sure, but I don't -- I don't really know. Like, I -- I don't know who assaulted me. I didn't see them for real. I don't only know from what y'all going to tell me and what my lawyer -- like, you feel me?

I don't -- I don't remember the -- the officers' names, they're face. I don't -- I never talked to them. I never seen them. They opened the couch and assaulted me. So I didn't have a vision to really see their face, their eye color. I didn't -- I couldn't do it.

21 (Pages 78 - 81)

Tyrell Escobar

Page 82

Q   Okay. Do you remember if they were in -- I'm talking about the officers, just, like, when you were discussing how they were, like, offering you water and stuff in the parking lot, those officers, do you know if they were in uniform or if they were not in uniform?

A   To be honest, I don't know, but they looked -- like, they -- they looked like they could have been detectives. They looked like they were -- but I'm not -- but I don't remember a lot of, like -- like, uniformed cops. I don't remember a lot of uniforms right there. I don't remember -- yeah. But in the apartment that hit me, I remember -- I remember probably a few, but I don't remember -- I don't remember a few. I'm lying. I don't know who -- who hit me. But --

Q   Okay. And then the officers that transported you to the hospital, do you remember if they were in uniform?

A   Nope.

Q   Okay.

A   I don't remember that -- after I -- I don't remember that.

Q   All right.

A   I just remember right before they hit me, I

Page 83

probably seen, like -- but I can't -- I don't want to lie. I don't want to say something and then seem like I'm lying because I'm not. I'm trying to just tell you what happened.

Q   No. Thank you. I appreciate it. And then I also have another question about the court officers that I think you had mentioned before, that they assaulted you to some degree as well. The court officers, were they with the NYPD, or they were with the court?

A   It could have been -- it could have been NYPD that day I came in, and so I don't -- I don't know. I just know when I was in court -- when I was in the -- in the bookings -- in central bookings, Queens Central Bookings, I know the officers were being dickheads because of what I did. They was instantly being dickheads. "Oh, you" -- they was talking, and they was talking.

Like, they were being disrespectful. Like, they wasn't respecting me. Like, I don't know. I guess I did something that got somebody hurt or fired or suspended. That was my -- that's what I was thinking. I'm like, "I probably got one of their friends or something, and they're mad," or -- that's what I was thinking, honestly. But I don't know what

Page 84

happened.

And then they -- they was talking. They came in my cell. I -- they was talking, and I was talking back because you ain't going to just talk to me how you want to talk to me. I'm -- I'm -- like -- so I was talking back, and then they -- they put hands on me.

Q   Okay. And when you say they put hands on you, can you just describe a little more what you mean by that?

A   They -- they -- like, I would say, like -- they tried to restrain me at first; right? Like, let's say -- let's say they grabbed me up. They grabbed me up, and then I probably, like, resisted a little bit, and then he hit me and whatever. It was, like, two, three of them that hit me, beat me up, whatever. I'm on the floor. They've got my arms bent behind my back and shit.

Like, I probably -- probably, like -- I don't know, but they -- they tried to say I spit, so they had put a spit mask on my face. They had my -- a spit mask on me, and they had me handcuffed and shackled in the cell, like, while I wait for -- for the judge.

Q   Okay.

Page 85

A   But I'm telling you I didn't do nothing, though. Like, I didn't -- I -- I ain't do nothing to them, either -- they -- they started -- I don't know. I guess I was the bad guy that day.

Q   And what did they look like, the officers that --

A   I can't -- I can't -- I don't know.

Q   Do you remember if they were men or women?

A   Men. A female ain't going to assault me like that.

Q   Okay.

A   No disrespect to y'all. No disrespect.

Q   No. You're good. I know you can't remember everything, so I'm just trying to get a sense. So men. You know, from what you can remember, like, do you remember if they were White, Black, like, their race, anything like that?

A   Their skin color was light. I don't want to put a White name on it, like -- you get what I'm saying? But they had -- they had light skin color.

Q   Okay. Light skin color. Do you remember the hair color?

A   No. I can't even remember my girl's hair color.

MS. PANOUSIERIS: Tyrell, I couldn't

22 (Pages 82 - 85)

Tyrell Escobar

Page 86

understand you. Chew first.

THE WITNESS: Oh. I'm sorry. I said, "No. I don't even -- I don't even remember my girl's hair color."

MS. ANDERSON: Okay. I got you.

MS. PANOUSIERIS: We won't tell her that was on the record.

MS. ANDERSON: Yeah -- the transcript.

BY MS. ANDERSON:

Q   Okay. Hair color. I'm just trying to think. Do you remember, like, what kind of build they had; were they, like, pretty big, small?

A   I was small, so I felt like everybody was bigger than me. Like, now that I'm older now, I feel like they probably could've never been that big, like -- but they was bigger than me then, like, if you get what I'm saying.

Like -- so, like, they -- they was bigger than me then. I could be -- I could be around their size now. Like, they could be around, like, probably my size now. See, if I was older, now, it would never have went like that --

Q   Got you. Okay. I'm just trying to think of, like, other ways -- I know you said they were, like, light skin color. Would you describe it as,

Page 87

like, my skin, or maybe, like, a little darker than that, or you don't know?

A   No. No disrespect. You're a little on the -- you're a little on the white side --

Q   Yeah. No. That's fine. No. You're good. I'm just trying to get a sense of what they look like, so please just be candid.

A   Let's say -- let's say probably, like, Stephanie, maybe.

Q   Okay.

MS. PANOUSIERIS: I'm the next shade of white. Yeah.

THE WITNESS: Yeah.

MS. PANOUSIERIS: Okay.

THE WITNESS: Probably, her -- maybe a little -- like, around her, a little darker. But they was light. They was lighter than me. They wasn't brown. They was light.

MS. ANDERSON: I got you.

THE WITNESS: They didn't have color. They wasn't colored.

BY MS. ANDERSON:

Q   Okay. That sounds good. Okay. And just trying to see if there's any other questions I can ask you about that just in terms of figuring out who it

Page 88

could have been, but I think I'm good for now. I might come back to that.

But I want to talk to you about mostly your -- I want to go back to sort of talking about the actual -- the physical injuries. So just give me one moment. I got lost in my outline a little bit.

Okay. You go to the hospital. What happened at the hospital; what did the doctors tell you?

A   They don't do much. They don't -- like, that's what I'm trying to tell you. The hospital don't -- they didn't do -- it ain't like they sat me there for hours, they ran tests on me. No. They -- they checked me out. I was hurt, but I guess I was breathing to them; you feel me? Like, I was breathing. Like, they checked me out, they took the -- they took the -- the taser out of me, and I guess they tended to my wounds, but they sent me right back with the police. They -- like, they sent me right back. You understand that, you know, doctors -- you know, doctor laws, like, they -- they could have kept me there, like -- and, like, you know, they -- they could have said something, like, "Yo, let me -- he needs to be treated," or whatever. "Let me run tests." I think -- I think they overpower NYPD or

Page 89

something like that. I'm not sure. But they didn't do nothing. They -- they really didn't do nothing. They took a tase out of me, though. Like, I was telling her I was in pain. I'm hurt, my back hurt, my head hurt. I was telling them all these things, you know, like, "I'm hurt. I'm not" -- but it wasn't like they -- they did too much. They didn't do much. I -- I had to, like, suck it up. I had to eat it. I had to, like, deal with it, basically. That's why I was so sad. Like, I had to deal with it. And then as soon as I -- I get to Rikers Island, I -- I tried to do -- I tried to get treated there, too. Same thing. I couldn't get no treatments, nothing. But I realized right after -- right after that incident, it's a lot of issues with me, though, like, so -- I -- I've got a lot of -- a lot of back problems, I've got knee problems, all type of stuff. And that -- ain't none of that happened until -- until that incident. Like, I got a lot of -- but other than that, like, I'm okay. They ain't cut me. I ain't get no stitches or nothing, but -- yeah. I -- like, injuries, like -- I don't even know for real because I didn't even get the proper treatment. But I know my body is just not -- not what it was. Like, I just know, like, my -- hurt for nothing. My eyesight, my -- my vision

23 (Pages 86 - 89)

Tyrell Escobar

Page 90

be blurry. They -- like -- like, I got -- I don't know. My vision be blurry like I got hit in my eyes too much. Like -- like, it's a lot. I don't -- but I couldn't get the treatment, though, so, like -- I tried -- I tried to -- I went to the doctor a few times on -- in Rikers Island, too. Like, I went to -- I went to the mental health, I went to the doctor one time. The police took me. But like I said, they couldn't treat me. They couldn't tend to me how I wanted to. It was like -- I had to eat that -- I had to eat that shit. No disrespect. I had to -- I didn't get an x-ray, like -- you feel me? I didn't get a -- I didn't get a fucking concussion scan or -- I didn't get those treatments. They treated me like a criminal. They treated me like a person beneath y'all, like -- you feel me? They treated me -- like, they didn't treat me like a regular individual.

Q  No. And do you remember the name of the hospital you went to that night?

A  No, I don't remember. I don't remember that. I don't remember that.

Q  That's fine. Okay. So aside from going to the hospital the day of, have you sought any medical treatment for the physical injuries sustained on

Page 91

October 2, 2019?

MS. PANOUSIERIS: Objection. Just want to clarify. Are you asking beyond the Rikers treatment that he just described, or would you like -- Okay.

So other than what you've already talked about, Tyrell.

MS. ANDERSON: Yeah.

THE WITNESS: Like, when I got released or something?

MS. PANOUSIERIS: Yeah. Anywhere else. Have you --

THE WITNESS: I was only in jail, so when I got released, no. When I got -- I wasn't -- I'm over it. I'm trying to get my life together. I'm trying to move forward. Like, I've been -- I've been home ever since. Like, I ain't go to -- I'm trying to -- I'm trying to get my life together. I ate it.

Like, I -- I was hurt, but my -- my hurt was suppressed. I had to suppress my -- my pain. My pain had to -- I had to hide it because it was -- I couldn't do nothing about it. And then I was incarcerated. I couldn't -- can't walk around all in pain and be a victim.

Page 92

And I'm already light-skinned. Like, it's already -- you know, this was -- like -- like, I'm already -- it's already -- I don't know. I've already got the look that people tried me a little bit in there, and then -- and I don't be -- I be trying to, like, protect my peace, my -- my personal space, and it's hard.

MS. PANOUSIERIS: Mary Jane, may I ask a follow-up that I think is going to be helpful for you?

MS. ANDERSON: Sure.

MS. PANOUSIERIS: Just about medical care.

MS. ANDERSON: Yeah. I get in.

MS. PANOUSIERIS: So, Mr. Escobar, were you just referring to when you were in prison that you already had a kind of look that people were trying to come at you; is that what you're referring to, when you were in prison?

THE WITNESS: Yeah.

MS. PANOUSIERIS: Okay. So we've talked about Rikers. When you were in DOCCS with the state, did you ever get any medical care or talk to anybody about what happened?

THE WITNESS: Yeah. So I'm talking

Page 93

when I was in DOCCS. When I was at Rikers Island -- yeah -- but I -- I had -- I -- this is how -- this is how Rikers Island works; right? You --

MS. PANOUSIERIS: Wait. Hold on. Let me just stop you for a second. I hear you on Rikers. I'm asking about the state, DOCCS.

THE WITNESS: You're talking about DOCCS -- state.

MS. PANOUSIERIS: Yeah. After you were on Rikers, did you talk to anybody or see anybody about this incident?

THE WITNESS: Oh. No --

MS. PANOUSIERIS: okay. So that's all I was wondering.

THE WITNESS: No.

MS. PANOUSIERIS: All right. I got you. Thank you.

MS. ANDERSON: Okay. Got you. Thank you, both.

BY MS. ANDERSON:

Q  Okay. So essentially, aside from the treatment sought at Rikers and the treatment received on October 2, 2019, at the hospital, you haven't sought any further medical treatment; is that correct?

24 (Pages 90 - 93)