# EXHIBIT C



AFFI|910004|905941

Q19636773

CRIMINAL COURT OF THE CITY OF NEW YORK
PART APAR, COUNTY OF QUEENS

| THE PEOPLE OF THE STATE OF NEW YORK | STATE OF NEW YORK |
| --- | --- |
| V. | COUNTY OF QUEENS |
| TYRELL ESCOBAR (22Y) 11770750Z | |
| DEFENDANT | |



CR-030876-19QN

SERGEANT ROBERT REID OF QUEENS COURT SECTION, TAX REG#: A5222, BEING
DULY SWORN, DEPOSES AND SAYS THAT ON OR ABOUT OCTOBER 2 2019 AT ABOUT
11:54AM, INSIDE OF 125-01 QUEENS BLVD (QUEENS CRIMINAL COURT), COUNTY
OF QUEENS, STATE OF NEW YORK, THE DEFENDANT COMMITTED THE OFFENSES OF:

PL 205.10-1 [EF] ESCAPE IN THE SECOND DEGREE - (DNA SAMPLE REQUIRED
       UPON CONVICTION)
PL 195.05 [AM] OBSTRUCTING GOVERNMENTAL ADMINISTRATION IN THE SECOND
       DEGREE - (DNA SAMPLE REQUIRED UPON CONVICTION) (2) COUNTS)
PL 205.30 [AM] RESISTING ARREST - (DNA SAMPLE REQUIRED UPON
       CONVICTION) (2 COUNTS)
PL 215.50-1 [AM] CRIMINAL CONTEMPT IN THE SECOND DEGREE - (DNA SAMPLE
       REQUIRED UPON CONVICTION)
PL 215.50-2 [AM] CRIMINAL CONTEMPT IN THE SECOND DEGREE - (DNA SAMPLE
       REQUIRED UPON CONVICTION)
PL 215.50-3 [AM] CRIMINAL CONTEMPT IN THE SECOND DEGREE - (DNA SAMPLE
       REQUIRED UPON CONVICTION)

---

PL 205.10-1 [EF] ESCAPE IN THE SECOND DEGREE - (DNA SAMPLE REQUIRED
UPON CONVICTION)
       --- ESCAPE FROM A DETENTION FACILITY;

PL 195.05 [AM] OBSTRUCTING GOVERNMENTAL ADMINISTRATION IN THE SECOND
DEGREE - (DNA SAMPLE REQUIRED UPON CONVICTION) (2 COUNTS)
       --- A PERSON IS GUILTY OF OBSTRUCTING GOVERNMENTAL ADMINISTRATION
    WHEN HE INTENTIONALLY OBSTRUCTS, IMPAIRS, OR PERVERTS THE
    ADMINISTRATION OF LAW OR OTHER GOVERNMENTAL FUNCTION OR PREVENTS
    OR ATTEMPTS TO PREVENT A PUBLIC SERVANT FROM PERFORMING AN
    OFFICIAL FUNCTION, BY MEANS OF INTIMIDATION, PHYSICAL FORCE OR
    INTERFERENCE, OR BY MEANS OF ANY INDEPENDENTLY UNLAWFUL ACT, OR
    BY MEANS OF INTERFERING, WHETHER OR NOT PHYSICAL FORCE IS
    INVOLVED, WITH RADIO, TELEPHONE, TELEVISION OR OTHER
    TELECOMMUNICATIONS SYSTEMS OWNED OR OPERATED BY THE STATE, OR A
    COUNTY, CITY, TOWN, VILLAGE, FIRE DISTRICT OR EMERGENCY MEDICAL
    SERVICE OR BY MEANS OF RELEASING A DANGEROUS ANIMAL UNDER

D000020

Date: MAR 0 1 2023
I hereby certify the foregoing
paper is a true copy of the original
thereof, filed in my office

By:_____ QUEENS COUNTY CLERK
          Court Clerk

County Clerk and Clerk of the
Supreme Court - Queens County
NO FEE - OFFICIAL USE

D000021



AFFI|910004|905941

ESCOBAR, TYRELL   Q19636773

CIRCUMSTANCES EVINCING THE ACTOR'S INTENT THAT THE ANIMAL OBSTRUCT GOVERNMENTAL ADMINISTRATION.;

PL 205.30 [AM] RESISTING ARREST - (DNA SAMPLE REQUIRED UPON CONVICTION) (2 COUNTS)

--- INTENTIONALLY PREVENT OR ATTEMPT TO PREVENT A POLICE OFFICER OR A PEACE OFFICER FROM EFFECTING AN AUTHORIZED ARREST OF HIMSELF OR ANOTHER PERSON;

PL 215.50-1 [AM] CRIMINAL CONTEMPT IN THE SECOND DEGREE - (DNA SAMPLE REQUIRED UPON CONVICTION)

--- BEHAVE IN A DISORDERLY, CONTEMPTUOUS OR INSOLENT MANNER, DURING THE SITTING OF A COURT, IN ITS IMMEDIATE VIEW AND PRESENCE AND DIRECTLY TENDING TO INTERRUPT ITS PROCEEDINGS OR TO IMPAIR THE RESPECT DUE ITS AUTHORITY;

PL 215.50-2 [AM] CRIMINAL CONTEMPT IN THE SECOND DEGREE - (DNA SAMPLE REQUIRED UPON CONVICTION)

--- BREACH THE PEACE, OR CAUSE A NOISE OR OTHER DISTURBANCE, TO DIRECTLY INTERRUPT A COURT'S PROCEEDINGS;

PL 215.50-3 [AM] CRIMINAL CONTEMPT IN THE SECOND DEGREE - (DNA SAMPLE REQUIRED UPON CONVICTION)

--- INTENTIONALLY DISOBEY OR RESIST A LAWFUL PROCESS OR OTHER MANDATE OF A COURT AND SUCH CASE DID NOT INVOLVE OR GROW OUT OF A LABOR DISPUTE AS DEFINED BY SUBDIVISION TWO OF SECTION SEVEN HUNDRED FIFTY-THREE OF THE JUDICIARY LAW.

THE ABOVE OFFENSES WERE COMMITTED AS FOLLOWS:

DEPONENT STATES THAT ON OCTOBER 2, 2019 AT APPROXIMATELY 11:50 AM AT THE ABOVE MENTIONED PLACE OF OCCURRENCE THE DEFENDANT, TYRELL ESCOBAR, APPEARED IN COURT FOR HIS CASE FOR WHICH HE IS CHARGED WITH CRIMINAL POSSESSION OF A WEAPON IN THE SECOND DEGREE WHICH IS A CLASS C FELONY UNDER DOCKET NUMBER CR-018825-19QN.

DEPONENT FURTHER STATES THAT ON OCTOBER 2, 2019 AT APPROXIMATELY 11:54 AM AT THE ABOVE MENTIONED PLACE OF OCCURRENCE THE HONORABLE JUDGE DIBIASE ORDERED THAT THE DEFENDANT BE REMANDED TO THE CUSTODY OF THE DEPARTMENT OF CORRECTIONS.

DEPONENT FURTHER STATES THE DEFENDANT TURNED AROUND AND PUSHED OFFICER FALKE SHIELD # 6922 CAUSING HIM TO STUMBLE BACKWARDS.

DEPONENT FURTHER STATES THAT THE DEFENDANT THEN JUMPED OVER THE COURT RAIL IN THE WELL OF THE COURTROOM AND RAN OUTSIDE OF THE COURTROOM, OUTSIDE OF THE ABOVE MENTIONED LOCATION AND ACROSS QUEENS BOULEVARD AND FLED 82 ROAD TO AVOID BEING REMANDED.

DEPONENT IS INFORMED BY OFFICER BLOM SHIELD #3670 THAT ON OCTOBER 3, 2019 AT APPROXIMATELY 11:30 AM INSIDE OF 125-01 QUEENS BOULEVARD (QUEENS CENTRAL BOOKING) THE DEFENDANT STARTED KICKING THE DIVIDER NEXT TO THE TOILET INSIDE OF A HOLDING CELL.

D000022

Date: MAR 0 1 2023
I hereby certify the foregoing
paper is a true copy of the original
thereof, filed in my office

By:_____
QUEENS COUNTY CLERK

County Clerk and Clerk of the
Supreme Court - Queens County
NO FEE - OFFICIAL USE

**D000023**



AFFI|910004|905941

ESCOBAR,TYRELL  Q19636773

DEPONENT IS INFORMED BY OFFICER BLOM THAT THE DEFENDANT THEN BEGAN
RAPIDLY FLUSHING THE TOILET APPROXIMATELY TEN TO FIFTEEN TIMES,
CAUSING THE TOILET WATER TO OVERFLOW AND SPILL ONTO THE FLOOR.

DEPONENT IS INFORMED BY OFFICER BLOM THAT THE DEFENDANT STARTED SPITTING
AT HIM THROUGH THE BARS OF THE HOLDING CELL.

DEPONENT IS INFORMED BY OFFICER BLOM THAT THE DEFENDANT URINATED ON
THE FLOOR OF THE HOLDING CELL INSIDE OF THE ABOVE MENTIONED LOCATION.

DEPONENT IS INFORMED BY OFFICER BLOM THAT WHEN HE ATTEMPTED TO REAR CUFF
THE DEFENDANT, THE DEFENDANT TWISTED HIS BODY AND PULLED HIS ARMS AWAY
IN AN ATTEMPT TO AVOID BEING PLACED IN HANDCUFFS.

FALSE STATEMENTS MADE IN THIS DOCUMENT ARE
PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT
TO SECTION 210.45 OF THE PENAL LAW

10-3-19
DATE          SIGNATURE

SWORN TO BEFORE ME ON THE
          DAY OF


DATE          SIGNATURE

D000024

Date: **MAR 0 1** 2023
I hereby certify the foregoing
paper is a true copy of the original
thereof, filed in my office

By:____QUEENS COUNTY CLERK
Court Clerk

County Clerk and Clerk of the
Supreme Court - Queens County
NO FEE - OFFICIAL USE

**D000025**