# EXHIBIT D



UCS-510

**QUEENS CRIMINAL COURT**
125-01 Queens Boulevard, Kew Gardens, NY 11415
Phone: (718) 298-0792  Fax: (718) 520-2451

| The People of the State of New York | **Warrant-Bench** | |
|---|---|---|
| vs. | Docket Number: | **CR-018825-19QN** |
| **Tyrell Escobar** | | |

### IN THE NAME OF THE PEOPLE OF THE STATE OF NEW YORK,

TO:    ANY SWORN POLICE OFFICER IN THE STATE OF NEW YORK,

Whereas, an accusatory instrument having been filed in this Court charging the above-named defendant with the commission of the offense(s) of:

*FPO=Finger-printable Offense

| Charge | Charge Weight | Charge Description | No. of Counts | Count | *FPO | Prints Already Taken |
|---|---|---|---|---|---|---|
| PL 265.03 | CF | Crim Possession Weapon-2nd Deg | 1 | 1 | Y | Y |
| PL 265.03 01B | CF | CPW-2nd: Loaded Firearm | 1 | 2 | Y | Y |
| PL 120.25 | DF | Reckless Endangerment-1st | 1 | 3 | Y | Y |

The above-named defendant having been arraigned upon the accusatory instrument commencing this criminal action; and this court requiring said defendant's personal appearance in this pending criminal action; and the defendant having failed to appear;

**YOU ARE, HEREBY, COMMANDED TO FORTHWITH ARREST THE ABOVE-NAMED DEFENDANT AND BRING HIM/HER BEFORE THIS COURT.**

| AKA(s): | | | | CJTN: | 069047099R |
|---|---|---|---|---|---|
| | | | | NYSID: | |
| Address: 1-20 Astoria Boulevard Queens, NY 11102-5207 | | | | Arrest Number: | Q19622362 |
| | | | | Complaint Number: | |
| Sex: Male | Race: Black | DOB: ▮▮▮▮ | EYO: N   YO: N | Gang Affiliation: | |

Issued: **October 02, 2019**

Dated:    **October 2, 2019**

_____
Hon. Bruna L. DiBiase
Judge/Justice

By virtue of the within warrant, I have arrested and have in my custody the above-named defendant.

Dated: _____    _____
Arresting Officer

DUPLICATE

# THIS IS A COPY OF AN EXECUTED AND VACATED WARRANT- NOT VALID FOR ENFORCEMENT OR EXECUTION

**D000040**