# EXHIBIT E

This form is 8½" x 14".

**T.R.I. INCIDENT — INVESTIGATING SUPERVISOR'S ASSESSMENT REPORT**
PD 370-154A (06-16)

Report Number __1__ of __1__

T.R.I. Incident Number
46-000319-1

**Type of Incident**

☑ Level Two Force
☐ Level Three Force
☐ Allegation of Force *(with injury)*

☑ Substantial Physical Injury to Non-Member
☐ Serious Physical Injury to Non-Member
☐ Possible Excessive Force
☐ Prisoner Suicide or attempt

| Date of Incident | Time of Incident | Jurisdiction | | Command of Occur. |
|---|---|---|---|---|
| 10/02/19 | 1830 | ☐ Patrol ☐ Transit ☐ Housing ☑ Other *(Specify)* RFTF | | 46 |

**Address of Occurrence**
40 Featherbed Lane Bronx Apt. 6A

☑ Inside
☐ Outside

**Member(s) Involved**

| MOS 1 – Name/Tax No. | MOS 2 – Name/Tax No.- |
|---|---|
| Luis Correa/911907 | |
| MOS 3 – Name/Tax No. | MOS 4 – Name/Tax No. |

| | | Name | DOB | Name | DOB |
|---|---|---|---|---|---|
| Witness Interviewed | ☐ Yes ☑ No | | | | |
| Civilians Interviewed | ☐ Yes ☑ No | Name | DOB | Name | DOB |
| Subjects Interviewed | ☐ Yes ☑ No | Name Tyrell Escobar | NYSID ▓ | Name | NYSID |
| Video Canvass | ☑ Yes ☐ No | MOS Supervising Canvass Sgt. Ludington | Tax No. 953018 | ☐ Camera Identified but No Video Recovered | ☐ Video Recovered |

Details *(Include results of interviews and video canvass)*

On October 2, 2019 at approximately 1830 hours members of the Regional Fugitive Task Force did conduct a visit to 40 Featherbed Lane Bronx Apt. 6A in regards to Reckless Endangerment Felony Warrant CR-018825-19QN for Tyrell Escobar Nysid ▓▓▓ Tyrell Escobar was in Queens Criminal Court today October 2, 2019 in regards to Felony Warrant CR-018825-19QN as Tyrell Escobar was remanded by judge subject fled from the court room and is wanted for escape from NYS Courts . Det. Correa and members of the U.S Marshals did locate Tyrell Escobar at 40 Featherbed Lane 6A hiding under a couch. Upon attempting to apprehend Tyrell Escobar he did violently resist arrest, CEW was deployed by a member of the US Marshall Service. Upon deployment of CEW Tyrell Escobar became compliant and was placed into custody and removed to Bronx Lebanon Hospital. Tyrell Escobar was treated for CEW dart to left lower back CEW dart to right buttock, small laceration above right ear and small contusion above left eye. Treated and released by Dr. Partridge. Det. Correa was treated at Bronx Lebanon Hospital by Dr. Lepp with diagnosis of bruising and contusions to right hand. There were no body worn cameras at time of incident. There are no video cameras inside of the incident location.

| Other Members Present at Scene During Incident | | | | Other Members Present During Investigation | | | |
|---|---|---|---|---|---|---|---|
| Rank | Name | Tax No. | Interviewed | Rank | Name | Tax No. | Command |
| | | | ☐ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | **Members Notified** | | | |
| | | | ☐ | Rank | Name | Command | Log No. |
| | | | ☐ | PO | Sabatano | Operations | |
| | | | ☐ | PO | Cauchi | IAB | 36447 |
| | | | ☐ | Det | Cevallos | Chief of Detectives | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |

| IAB Log No. 2019-36447 | ICAD No. | | Complaint No. |
|---|---|---|---|

| Additional Report (Name and Number) Medical Treatment of Prisoner Report | Additional Report (Name and Number) | Additional Report (Name and Number) |
|---|---|---|

**FINDINGS**

| MOS 1 | MOS 2 | MOS 3 | MOS 4 |
|---|---|---|---|
| ☑ No Further Action | ☐ No Further Action | ☐ No Further Action | ☐ No Further Action |
| ☐ Referred to Borough/ Bureau Investigations | ☐ Referred to Borough/ Bureau Investigations | ☐ Referred to Borough/ Bureau Investigations | ☐ Referred to Borough/ Bureau Investigations |
| ☐ Referred to Internal Affairs | ☐ Referred to Internal Affairs | ☐ Referred to Internal Affairs | ☐ Referred to Internal Affairs |
| ☐ Referred to Force Investigation Divison | ☐ Referred to Force Investigation Divison | ☐ Referred to Force Investigation Divison | ☐ Referred to Force Investigation Divison |

| Investigating Supervisor's Tax No. 920501 | Name Capt. Letterese | Signature |
|---|---|---|

Distribute as Per P.G. 221-03

D000031