# EXHIBIT G

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

_____

TYREL ESCOBAR,

      Plaintiff,

   -against-               Case No.:

DET. LUIS CORREA; DET. JAMIE     22 cv 08434

ROSADO; U.S. MARSHAL KEVIN

KAMROWSKI; U.S. MARSHAL ERIC

KUSHI; SGT. DECLAN LUDINGTON;

DET. RYAN SHEEHAN; and JOHN

DOES 1-5,

      Defendants.

_____

DEPOSITION

_____

WITNESS:               DETECTIVE RYAN SHEEHAN

DATE:                  Tuesday, October 14, 2025

START TIME:          10:06 a.m., ET

END TIME:            11:20 a.m., ET

REMOTE LOCATION:      Remote Legal platform

PROCEEDINGS OFFICER:  Skyler Daniels, CER-1973

JOB NO.:             41917

Q    To your knowledge, what types of warrants are conducted with the task force versus just the Warrant Squad?

MS. ANDERSON:  Objection.

You can answer.

THE WITNESS:  That's -- I -- I don't know.

BY MS. PANOUSIERIS:

Q    Okay.  Nope.  That's okay.  How did you first come to be assigned to the apprehension of Mr. Escobar?

A    My supervisor received a call saying we needed to go to a location.

Q    Who was the supervisor?

A    Sergeant Ludington.

Q    Do you recall where you were when that call came in?  Were you out on the beach somewhere, in the precinct, something else?

A    We were out on the street.  I couldn't give you exact location.

Q    Other than Sergeant Ludington, was anyone else with you when that call came in?

A    PO Pena.

Q    Do you know PO Pena's first name?

A    Philip.

Q    And in 2019, was PO Pena part of the Warrant

Squad to your knowledge?

A    Yes.

Q    What information was relayed to you about Mr. Escobar by Sergeant Ludington when the call came in?

A    That the task force was at an address for some subject that fled the Queen's Court that day?

Q    So to your knowledge, the task force had already arrived at the location when Sergeant Ludington got the call?

A    Yes.

Q    Okay.  Other than being told that the subject had absconded from court, were you given any other background information about Mr. Escobar?

A    No.

Q    What happened next after the call came in?

A    We proceeded to go to that address.

Q    Do you remember if you were close by, you know, in the neighborhood five minutes away, or if you had to go across the burrows to get to it?

A    I don't recall.

Q    What kind of vehicle were you and Ludington and Pena in that day?

A    An unmarked minivan.

Q    That's the typical vehicle for the Warrant Squad, right?

apartment?

A    Yes.

Q    Was that directly after the civilians exited or at some other point?

A    I would say, around the time of the last civilian exiting the apartment.

Q    Who else entered the apartment?

A    The police officer was, or --

Q    Yeah.  Yes.  I'm sorry, Detective, yes.  In terms of the task force or police officers, as you can recall, who else went in?

A    Myself and the task force and Sergeant Ludington.

Q    Can you estimate approximately how many law enforcement officers went into the apartment at that point?

A    Five.

Q    How long were you outside before the door was breached?  So from the -- if you can estimate from the time you arrived on scene to the time that you actually went inside the apartment, how long do you think that was?

A    Roughly 10 minutes.

Q    And did the individuals inside the apartment let you and the other officers inside, or did you have

to physically force yourself in?

A    I -- I'm sorry.  Say that again.

Q    Sure.  I'm trying to understand if the civilians open the door for you guys to come in or if the door actually had to be physically breached.

A    Yes.  It was breached.

Q    It was breached.  Okay.  Okay.  What happened once you and the other officers and task force members were inside?

A    I remained at the front door.  And --

Q    And what was the purpose of remaining at the front door?

A    Door security.

Q    Was the front door closed?

A    I believe I -- it was open at the time, and then I did close it or tried to, because it was broken.

Q    At what point did you try to close the door?

A    I believe when they said they located the subject.

Q    Why did you close the door at that point?

A    To make sure no one interfered with the apprehension.

Q    Where was the subject located with respect to where you were standing at the front door?  Is it the same room, different room?

A     I think it's a secondary room from the -- from whatever the front door area is.  Maybe a living room.

Q     Did you assist the task force members and other officers in locating the subject?

A     I did not.

Q     When -- how did it -- you become aware that they located him?

A     I heard one of the law enforcement officers in the room say, Here he is.

Q     And at that point, you closed the door?

A     I -- I don't recall the exact moment I closed the door.

Q     Could you see where Mr. Escobar was at the time that he was located?

A     Not fully.

Q     Did you assist any of the officers in apprehending Mr. Escobar?

A     No.

Q     What, if anything, did you witness inside the apartment during the apprehension?

A     I saw them -- I'm -- I'm -- I apologize.  I heard some -- one of the officers say, Here he is.  I think they tried to remove him from wherever location he was.  Then he was tased.  And I -- as he was tased, I was looking -- I mean, as they were trying to apprehend

him -- I'm sorry.  As they were trying to apprehend him, I'm keeping an eye on the -- where they are.  Then I'm constantly turning my head, looking at the front door, making sure no one interferes.  And after -- after he was found, I believe he -- he was tased.  And then I look over and at the -- after the time of him being tased, I look over, and I really couldn't see the subject fully.  He was being surrounded by the rest of the law enforcement officers.

Q    Did you witness the tasing?

A    I did not.  I heard it.

Q    And did -- from what you could hear, how many times was Mr. Escobar tased?

A    I believe once originally, and then it was -- the taser was deployed -- not -- was hit one more time.

Q    And at the time that Mr. Escobar was tased, could you see him?

A    No.

Q    To your knowledge, was Mr. Escobar on the ground or standing when he was tased?

A    I believe, to the best of my knowledge, he was on the ground.

Q    At any point, did you hear any of the officers tell Mr. Escobar to put his hands behind his back?

A    Yes.  I -- I believe so.  Yes.

Q    Did there come a time that you were told why Mr. Escobar was tased?

A    I was not told.

Q    Okay.  Did you witness any physical force -- other than overhearing the tasing, did you see any use of force in any other manner?

A    I -- not that I could see anything -- I mean, sorry -- directly, I was -- like I said, I was -- my vision of the subject was blocked by all the other officers.

Q    Okay.  Was there any type of furniture between you and Mr. Escobar, or was it just law enforcement officers that were blocking your view?

A    Just a hallway in the law enforcement officers.

Q    Okay.  Did you hear Mr. Escobar screaming?

A    Yes.

Q    Did the screaming concern you that he was injured at all?

A    Concern me?  No.

Q    Did you have -- did Mr. Escobar ever attempt to escape the apartment while you were inside of it?

A    No.

Q    Did Mr. Escobar have any kind of weapons on his person?

outside.  I was there, and then I believe I helped put him in our vehicle.

Q    Was Mr. Escobar able to walk or ambulate without assistance?

A    I wouldn't be able to answer that.

Q    Why is that?

A    He was walking when he left.

Q    Okay.  Was he ever walking without officers holding on to his arms that you saw?

A    Not that I saw.

Q    I know you said you didn't immediately see any injuries on Mr. Escobar because he was on his stomach. What about after he was up?  Did you see anything on him?

A    Just -- I did see he had a -- maybe a black eye, maybe a -- I think a bloody nose, maybe.

Q    And was it your understanding that he received those injuries during the apprehension?

A    I would assume that it -- that's what happened.  Yes.

Q    Was Mr. Escobar taken to the van that you were discussing earlier that you and Pena and Ludington were all in?

A    Yes.

Q    Okay.  And after he was placed inside of the

van, did you accompany him anywhere?

A    I -- yes.  We pulled away from the location, waited for all the task force members to, I guess, stage be the word, and waited for a couple of minutes, and then we ended up bringing him to Bronx-Lebanon Hospital, I believe it was.

Q    Okay.  When you say you pulled away and waited for the staging, did you pull away into any particular location?

A    I think it was the gas station down the street.

Q    Okay.  How long do you think you were at the gas station before heading to the hospital?

A    Maybe 10, 15 minutes.

Q    During that 10 to 15 minutes in the gas station parking lot, did Mr. Escobar make any complaints about his physical well-being, or injuries?

A    Sure.  He said something.  I can't recall what he exactly said.

Q    Did you or any of the other law enforcement officers who were with you and Mr. Escobar render any kind of first aid to him?

A    Not first aid, but I believe we gave him some water.

Q    Okay.  How far away was the hospital from this

location?  Was it pretty close?  You get there in a couple minutes?

A   Yeah.  It was -- was fairly close.  Yes.

Q   Were you, Ludington, and Pena, all in the van that transported Mr. Escobar to the hospital?

A   Yes.

Q   Okay.  When you arrived at the hospital, did you go inside?

A   Yes.

Q   Did you accompany Mr. Escobar inside?

A   Yes.

Q   Approximately how long did you stay at the hospital?

A   I don't recall how long.

Q   Were there additional officers at the hospital to receive Mr. Escobar, or were you tasked with staying with him?

A   I -- I was tasked with dropping him off to the -- the task force that I believe was already at the location, or I -- or I waited for them.  I -- I'm not a 100 percent sure.

Q   Okay.  Did you stay at the hospital the whole time Mr. Escobar was being seen?

A   I did not.

Q   Okay.  So there was someone you turned him

over to, you believe it was task force?

A    Yes.

Q    Okay.  After this apprehension was complete, what, if any, paperwork did you complete?

A    Just my memo book.

Q    And when you fill out your memo book, is that something you do, you know, right after it happens, you go to the car and you fill it out, or you do it at the end of your shift, or something else?

A    Varies.  Depends on how busy we are, I believe.  Like, if we're not -- if we don't have anything planned, I'll do something right away.  If we have something planned directly after something, I probably will wait until after that.

Q    Okay.

A    So it depends on how -- what -- what we're -- which investigations we're working on that day.

Q    That makes sense.  From a review of your memo book prior to the deposition, were you able to determine what shift you were working on this day?

A    Yes.  It's the night shift, 14:27 by 23:00.

Q    Okay.  And do you recall approximately what time this apprehension took place?

A    I believe it was 18:30.

Q    So kind of in the middle of your shift?

you -- what does hit mean there?

A    It's what we used to use, like, we used to hit an address, like an address -- visited location.

Q    Got it.  Indicating that you went to that location.

A    Yes.

Q    Great.

A    We don't --

Q    Okay.

A    -- we don't -- I don't think we use that anymore.

Q    Got it.  I hadn't seen it before, that's why I was wondering.  And then 19:00 underneath it 98.  What's 98?

A    Back on regular.  We -- we left the location.

Q    Okay.  So does that indicate to you then that you were either at the subject location or at the hospital all the way until 19:00?

A    I can't remember exactly what -- where I was at that time, but, yeah, I -- I can't recall.

Q    Okay.  If you had gone somewhere other than the hospital and the Featherbed Lane location, would that typically go into your memo book?

A    Yes.

Q    Okay.  Once you got to the hospital, do you

Q    What about anything you said?  Do you remember anything else you said?

A    No.  I don't remember.

Q    Were there particular allegations being lodged at you or were you just hearing name calling?

A    Well, they were yelling, they beat him up, they beat him up or something.  A lot of screaming going on, too.

Q    Did the law enforcement officers inside the apartment use force on Mr. Escobar when he was face down on the ground?

A    Not that I could see.

Q    Well, you did hear him tased, right?

A    Yes.

Q    Okay.  And your understanding is he was on his stomach when he was tased, right?

A    I don't know --

Q    You don't know?

A    -- when he was in.  I could not physically see his body behind the other officers.

Q    I see.  So -- but all of the officers were surrounding Mr. Escobar when you heard the tasing?

A    Yes.

Q    And you said that was -- I -- I don't want to misstate your testimony.  I believe you said it was