# EXHIBIT I

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

TYREL ESCOBAR,

       Plaintiff,

  v.                            Case No.:

DET. LUIS CORREA; DET. JAMIE     22 cv 08434

ROSADO; U.S. MARSHAL KEVIN

KAMROWSKI; U.S. MARSHAL ERIC

KUSHI; SGT. DECLAN LUDINGTON;

DET. RYAN SHEEHAN; and JOHN

DOES 1-5,

       Defendants.

_____

DEPOSITION

_____

WITNESS:              LUIS CORREA

DATE:                Tuesday, January 20, 2026

START TIME:         11:06 a.m., ET

END TIME:           12:00 p.m., ET

REMOTE LOCATION:    Remote Legal platform

PROCEEDINGS OFFICER:  Jeremy Allegar, CDR-4183

JOB NO.:           45083

Q    You mentioned it was toward the end of your shift.  Were you working out of any particular command within the city?

A    Well, we work -- our official command was in Chelsea, on 15th Street, but we were all assigned different boroughs.  My -- mine was basically in the Bronx with my team, but we would go wherever we had to go anywhere in the city.

Q    Got it.  Do you recall any other NYPD or task force members that accompanied you to the location in the Bronx?

A    It was two -- two deputy marshals went with me on the initial hit.

Q    And you all traveled together to the Bronx?

A    No.  We each -- we each drove our own vehicle.

Q    Okay.  Do you recall the names of those two deputy marshals?

A    It was Kamrowski and Zurick.  No, no.  I'm sorry.  Not Zurick.  Something with a Z.  I forgot.  Oh, man.  No, Kushi, with a K.  Sorry.

Q    Yeah.  No, that's okay.  What's the first thing you recall doing once you got to the location in the Bronx?

A    We parked outside the building, and we just spoke a bit about the case and -- and the gentleman we

were looking for, and then we proceeded to go inside the building, to his apartment.

Q    Did you personally see Mr. Escobar go in or out of the building before going inside?

A    No.

Q    Who did you go inside the building with?

A    With the two gentlemen, Kushi and -- and Kamrowski.

Q    At that point when the three of you went inside the building, was any other law enforcement on the scene yet?

A    I -- no.  I don't think so.  No.  Because there was no one available.

Q    Okay.  What happened after you went inside with the two deputy marshals?

A    We just went up to the apartment.  And before we knocked on the door, I -- I don't know -- I'm not even going to say it was before.  It -- at some point in time, we knocked on the neighbor's door that was to the left of the apartment where he said he lived in.  And they mentioned to us that something -- like he just sold them some cookies or muffins or something.

We showed him a picture of the person we were looking for, and he said he's there in that apartment because he just sold -- they were selling cookies or

muffins, and they just recently sold some to him.

Q    After you obtained that information from the neighbor, what did you do next?

A    Then I sent -- we had Kushi go up to the roof and watch the fire escape.  And once he set up, then we proceeded to knock.  Wait.  Wait.  Wait.  Wait.  I think -- I -- I believe once we found out he was there, I -- I might have first called for backup, and then -- and then we started knocking.

Q    When you began knocking on the front door of the apartment, had other law enforcement or backup arrived at that point?

A    No, no, no.  They were on -- on their way.

Q    Was Kamrowski with you at the front door knocking?

A    Kamrowski was with me.  Yes.

Q    What happened when the two of you were at the front door knocking to go in?

A    No one answered the door, but you can -- you can hear, you know, like, little rumbling in the -- in the apartment, but no one opened the door.

Q    How long do you think that you and Kamrowski were outside the door knocking with no one answering?

A    It was a very long time.  Very long time.  It was -- could have been anywhere between, like, 45

minutes to an hour.

Q    Any particular reason that you were waiting that long to gain entry to the apartment?

A    Yes.  Because we knew someone was in there, and we kind of had knowledge that he was in there also because of what the neighbor had told us.  Yes.

Q    Is it fair to say you were waiting for backup?

A    Yes.

Q    Okay.  At some point, did backup arrive?

A    Yes.

Q    Do you recall the names of any of the officers or marshals who came as backup?

A    No.  I called -- I -- I called my previous command, which was the -- the warrant squad, and I don't know how many of them showed up, to be honest.  I -- I can't even tell you how many people showed up.  But we had enough people to, you know, to go in and -- and search.

Q    After backup arrived, what happened next?

A    Eventually, someone came to the door.  I remember she said she couldn't open it because the bolt was -- she said the bolt was kind of like stuck or whatever.  So, eventually, the door opened, and the first thing that came out of her mouth was she started laughing at us and saying he -- he already jumped out

the window.  He's not in the apartment anymore.

And, you know, I -- I had someone at the roof, so no one came out the apartment.  You know, we had somebody watching.  And so then we took everybody out of the apartment.

Q    When you are discussing this person that you spoke to at the door, do you know who they were?

A    It was the neighbor.  No.  I don't know.  I don't have a name or anything like that.  No.

Q    Can you describe them at all.

A    We had photos of the person.  Yeah.

Q    The person who came to the door?

A    Oh.  No, no, no.

Q    Oh.  Okay.  That's who I'm wondering if you have -- recall what they looked like at all, or do you remember anything about them?

A    No, no.  I don't -- I don't remember anything about them.  No.

Q    Okay. No problem.  Did you have to forcibly enter the apartment, or were you able to gain entry with permission?

A    Well, in the beginning we were knocking, and -- and no one was opening.  And eventually, a -- a female came to the door, and she said that she was trying to open the door, but she couldn't open it.  So I --

eventually, it got pushed in.  So whether it -- it was kicked in or pushed in, I don't remember that.  It could have been kicked in or whatever.  You know, we might have told her to step back or something because we had to get in.

But she -- she claimed she couldn't open the door.  She's trying to open the door.  She couldn't open it.  So then once we got the door open, we saw -- whoever was in the apartment, we had them come out into the hallway.

Q    Do you remember how many people were in the apartment when you first entered that you could see?

A    Not -- not numbers.  No.  Sorry.  Yeah.

Q    Okay.  What happened next?  After you were inside and you asked everyone that you could visualize to step out, what did you do next?

A    We went in and started searching.  And we saw some -- a couple knives on a -- on a -- as we entered, it was a -- a very tiny hallway into, like, a living room.  And there was a table in the middle, a sofa on the left, and some other furniture on the right-hand side there.  But there -- there were a few knives on that table there.

So I remember going in there with my partners.  And I believe it was Kamrowski who spotted his -- his

pants.  He had on a -- we had a description on the clothing he was wearing, and he pointed to -- to me and said, In the sofa.  Because he remembered seeing his -- his sweatpants and, you know, sticking out from the bottom of the sofa.  And so we concentrated our -- our hit to the sofa.

Q    Okay.  Once Kamrowski pointed out Mr. Escobar's clothing at the sofa, what did you do?

A    Then we started yelling at him to come out. He wouldn't come out.  We lifted the cushions up, and it was just like a -- like something that they made, like a big box.  I'd never seen a sofa like that before.  You know, it was just like a -- a chest.

It almost looked like a chest.  And he was laying in there face down with his hands underneath him, and he wasn't moving.

Q    What did you do once you visualized Mr. Escobar in the couch?

A    We told him to get out a few times, and he refused to move.  And eventually, he started wiggling as we were trying to grab him, and he was not letting us grab him so we can pull him out.  And I had no idea if he had any weapons underneath him because both his arms were covered too.  And so we told him we were going to tase if he didn't come out.  And so he got tased after

that while he was in the sofa.

Q    Do you recall Mr. Escobar's body position when he was tased?

A    He was -- yeah.  He was on -- he was laying on -- on the floor, laying down.

Q    When you say the floor, is he still inside the couch at this point, or had he come out of the couch onto the floor?

A    No, no.  He's still in the sofa -- in the sofa.

Q    Do you know which officer or marshal deployed their taser?

A    Kamrowski.

Q    Did you ever deploy your taser?

A    No.

Q    What happened after Mr. Escobar -- well, let me ask this.  I'm sorry.  Withdrawn.

Did the taser make contact with Mr. Escobar, to your knowledge?

A    Well, if it did, he wasn't complying in either case.  He wasn't like -- like motionless or any -- I mean, the -- the kid was still fighting in the sofa even after he got tased.  He was not coming out that sofa. He refused to come out.

Q    What did you do next?

A    Then after he got tased, we lifted him -- you know, we lifted him out of the hole onto the floor, and he was still struggling.  He was trying to grab my legs.  He was trying to trip me.  And so, I mean, we had to use some force to -- to put him in handcuffs.

Q    How would you describe the force that you used to put Mr. Escobar in handcuffs?

A    It was enough to -- to get him cuffed.  It wasn't like we, you know -- you know, like -- like beat him down or anything.  He was a grown man, and it was, you know, me, Kamrowski, and I believe Kushi was there, too.  You know, we're trying to get him down on the floor to get him cuffed, and the kid was just fighting.  He -- he didn't want to get cuffed.

So it -- it took a little bit of, you know, to -- to get him under.  Under meaning, you know, in cuffs.

Q    Understood.  Did you personally place Mr. Escobar in handcuffs?

A    I -- I can't say who actually put the cuffs on.  I don't know.  We were all involved in the -- in the struggle.  But I -- I don't know who cuffed him.  I don't know.

Q    I know you -- no problem.  You -- I know you remembered Kamrowski and possibly Kushi being in the room as well.  Had additional officers or marshals

entered at that point?

A    Yes.

Q    Do you remember who?

A    The warrant guys.  I -- I had one -- I don't -- I don't remember his name, but I had one guy from Bronx Warrants man the door, make sure no one came in as we were in the apartment.  I think there -- there might have been a sergeant there also, who -- once we -- we got Mr. Escobar in cuffs, we continued to search.  So I stood with him, and then the rest of the guys continued to search every room, make sure no one else was in the apartment.

Q    At any point, did you use closed-fist punches on Mr. Escobar to gain his compliance?

A    No.  I don't remember that.

Q    At any point during this physical interaction with Mr. Escobar, did he say anything or make any noise?

A    I don't remember him saying any -- any particular words or anything to us.  No.  I don't remember.

Q    After force ceased and Mr. Escobar was in cuffs --

A    I'm sorry.  What did you say in the beginning?

Q    Sure.  After the use of force you described was complete and Mr. Escobar was in cuffs, did he make

any complaints about physical injuries?

A    No.  Not to me.  No.

Q    Did you observe any blood on Mr. Escobar anywhere at that point?

A    No.  Other than -- he -- he might have, had, like a scratch or two on his -- I don't know if it was his cheek or whatever.  But nothing -- he wasn't bleeding out or bleeding heavily or anything that -- you know, that we thought -- that I thought was, you know, like, dramatic or anything.  No.  Other than the scuffles.

Q    Do you know how Mr. Escobar obtained the scratch on his cheek you described?

A    No.  It must have been during the whole, you know, trying to get him under arrest.  Because from the sofa -- I'm sorry -- from the sofa, we pulled him out onto the floor.  So it could have been anywhere in between that.

Q    Okay.  To clarify, Mr. -- you pulled Mr. Escobar out of the couch onto the floor prior to him being in cuffs?

A    Before he was handcuffed.  Yes.

Q    Okay.  At any point from the time that you found Mr. Escobar in the couch to the time he was in handcuffs, was he ever standing?

A    No.  From the time he was in a sofa to the time he got handcuffed?  Before he got handcuffed?  No.

Q    Okay.  After he was handcuffed, was he taken anywhere, or did he remain in the apartment for some period of time?

A    Well, we had him on the floor.  Yeah.  We had him under arrest, and we didn't move him until we made sure the apartment was cleared.  Then we took him out.

Q    Approximately how many officers or marshals were required to gain Mr. Escobar's compliance in that little scuffle, as you called it?

A    Well, it was me -- definitely me, Kushi, Kamrowski.  Like I said, it could have been Kushi there.  So it -- it was at least three.

Q    Is it possible that there were additional officers involved?

A    It's -- it's possible.  I don't -- I don't remember anymore.

Q    Okay.  After Mr. Escobar was cuffed, what's the next thing you remember doing?

A    Then we -- we took him out.  We took him out the apartment, and the hallway was packed with -- with, I guess, his family members, and everybody is screaming and yelling.  And so we decided the best place is to just put him right into the van and get him out as