# EXHIBIT J

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

_____

TYRELL ESCOBAR,

     Plaintiff,

  -against-            Civil Action No.:

DET. LUIS CORREA; DET. JAMIE     1:22-cv-08434-JGK-VF

ROSADO; U.S. MARSHAL KEVIN

KAMROWSKI; U.S. MARSHAL ERIC

KUSHI; SGT. DECLAN LUDINGTON;

DET. RYAN SHEEHAN; and JOHN

DOES 1-5,

     Defendants.

_____

DEPOSITION

_____

WITNESS:            ERIC KUSHI

DATE:               Friday, January 16, 2026

START TIME:       9:37 a.m., ET

END TIME:         10:18 a.m., ET

REMOTE LOCATION:   Remote Legal platform

PROCEEDINGS OFFICER:  Charles Hanson, CER-4125

JOB NO.:           45082

A    Yes.  I was a police officer before this.

Q    Can you tell me which agency and that will be my last question about that employment.

A    With the FBI.

Q    Okay.  All right.  Back in 2019, I just want to talk about first, what you remember about the apprehension of Mr. Escobar from your own memory, and then we'll get into the details.  Okay?  Just tell me what you remember about being assigned to this apprehension and what happened?

A    I remember to the best of my recollection that myself and, I believe, two or three others responded to an address to which -- I don't really remember that address anymore and were told to potentially try to make contact with Mr. Escobar at that address.

Q    Do you recall the names of the other United States Marshals or task force members that were with you at that location?

A    The only two I remember were Deputy Kevin Kamrowski and TFO Luis Correa.

Q    And for the record, could you tell us what TFO is?

A    Task Force Officer.

Q    Were you -- at the time, were you on a team with Mr. Kamrowski, meaning were you working together on

a regular basis?

A    Yes.

Q    Okay.  And what about with TFO Correa, is he someone you were working with regularly?

A    Yes, as well.

Q    Okay.  Tell me what you remember about what happened after you got to this location where you were trying to find Mr. Escobar.

A    I just remember for a good amount of time, I was located on the roof of the building, and I believe Mr. Kamrowski, Mr. Correa were trying to make contact with the occupants in the apartment, and I was on the roof for just security reasons.  If the, you know, situation arose where, you know, someone needed to be in that area, that's where I was.

Q    At any point, did you actually enter the building rather than just being on the roof?

A    Yes.  I eventually came down to the apartment door when entry was made into the apartment.

Q    Were you present when entry was made, or did you arrive after the door was already open?

A    I was present when entry was made.

Q    Okay.  Do you remember anything about how entry was made?

A    I don't recall if it was -- it was forcefully

or -- or if the door was opened.  I just know that there was a lot of uncooperatives by, I believe, a woman.  I don't know who she was at the time, but she was very uncooperative with opening the door and eventually allowing us into the -- the premise.  And I know that in the interim between -- I was on the roof for a good amount of time, because I believe Deputy Kamrowski and TFO Correa were trying to knock and make contact for a good amount of time and were met with, I guess, a lot of resistance and I eventually came down, probably 20 minutes of standing on the roof or so.

Q    When you came down, other than Correa and Kamrowski, can you recall if there were any additional officers there, whether or not you know their names?

A    I do know that there was one -- one individual came and replaced me on the roof, and then that's when I came down.  I don't remember who that was, and I believe that there was one other -- one -- one other, I believe, officer wasn't uniformed that was with us.  I just don't recall who that was either.

Q    Do you remember if there were NYPD officers who were not task force members on the scene?

A    Yes.  So the two others that joined us, I -- I can't say if I knew if they were task force officers be -- but I know that I didn't work with them regularly.

MS. PANOUSIERIS: Please, I didn't mean to cut you off.

MR. GITLIN: -- for the record, I was -- just my objection was -- because it might have been confusing, was not on the basis of the chewy letter, Mr. Kushi, but it was on the basis of the form of the question as potentially being vague and not necessarily within your personal knowledge. So I wasn't, you know, as Mr. Panousieris said, I wasn't directing you not to answer. It was just an objection to the form of the question.

BY MS. PANOUSIERIS:

Q    I'm going to do it this way. Tell me what you saw when you first entered the living room.

A    I just saw -- I saw, I believe, Deputy Kamrowski and TFO Correa trying to put Mr. Escobar in handcuffs and were met with a struggle because he was being very non compliant and it -- it took -- it took a little bit of a struggle to get him into handcuffs, I recall.

Q    Can you describe what you mean by a struggle? What did you see?

A    Yeah. All I can recall was just, I mean, him, I guess, Mr. Escobar not, like, being compliant with the general -- I can't say what law enforcement can --

commands were being given but, I mean, I don't want to speculate and guess, but I just know that our typical practice is to give law enforcement commands and, you know -- and I know that those were being given at the time, to which I don't know exact ones were, but this was also met with noncompliance by Mr. Escobar on the ground, unwilling to, I guess, freely give up his hands to be handcuffed.

Q    When you witnessed this, what you called a struggle, was Mr. Escobar in the couch the entire time?

A    No.  He was -- I was out -- he was out from underneath the couch when I entered the room --

Q    What --

A    -- he was not under the couch anymore.

Q    Was he on the ground, sitting, standing, what body position was he in, to your recollection?

A    He was on the ground.

Q    Okay.  Were you present in the living room when Mr. Kamrowski deployed his taser?

A    No.

        MR. GITLIN:  Objection.

BY MS. PANOUSIERIS:

Q    Did you personally assist in gaining Mr. Escobar's compliance or putting him in handcuffs?

A    I don't recall if I did or didn't --

MR. GITLIN:  I'll just object again to the form of the question.

BY MS. PANOUSIERIS:

Q    Do you recall Mr. Escobar saying anything during this interaction at all?

A    I don't recall.

Q    Approximately, how long, to your knowledge, did it take to get Mr. Escobar into restraints?

A    I don't think it took very, very long.  I just -- I know that the -- whoever that woman was in the apartment that was, I guess, being obnoxious and yelling at us and screaming obscenities and treating us like, I mean, however she felt necessary, that was really the, you know, the hindrance in a -- a lot of it, but I don't really recall taking a long time to put him in handcuffs.

Q    Was the woman inside the apartment when Mr. Escobar was being handcuffed?

A    I don't recall.

Q    Why do you say that she was a hindrance?

A    Just from when we made entry into the apartment, I just know that she was being very, like, rude, cruel, saying obscenities to us.  I don't really recall exactly what, but it was -- it wasn't really -- I mean, I do know that, like, there were some, I mean,