# EXHIBIT K

Iyonah Brown

**Page 1**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

_____

TYREL ESCOBAR,

      Plaintiff,

  v.                          Case No.

DET. LUIS CORREA; DET JAMIE       22-cv-08434

ROSADO; U.S. MARSHAL KEVIN

KAMROWSKI; U.S. MARSHAL ERIC

KUSHI; SGT. DECLAN LUDINGTON;

DET. RYAN SHEEHAN; and JOHN

DOES 1-5,

      Defendants.

_____

          DEPOSITION OF IYONAH BROWN

DATE:        Thursday, January 29, 2026

TIME:        11:07 a.m.

LOCATION:    Remote Proceeding

             Bronx, NY 10453

REPORTED BY:  Shannon Kiefer

JOB NO.:     7875825

Iyonah Brown

Page 12

A    Some college.

Q    Some college?  Okay.  And then, are you -- what -- where are you -- what's, like, the title of your job presently?

A    I'm a retirement benefits examiner, but I work for a teachers' retirement system.

Q    Oh, cool.  Okay.  And are you married?

A    No.

Q    Okay.  And have you ever been married in the past?

A    No.

Q    Okay.  Okay.  And do you have any children or anything like that?

A    No.

Q    Okay.  All right.  And have you ever served in the military in the past?

A    No.

Q    Okay.  All right.  And all right.  I'd like to, I guess, maybe -- I'd like to talk about the incident.  So, I guess, can you just, you know, in sum in substance, tell me what you remember from October 2, 2019.  And then we can -- I'll ask you some more targeted questions after that.

A    I remember banging on the door, like, extreme banging.  Like, they were basically trying to

Iyonah Brown

Page 13

break it down.  I think they did break it down at some point.  But they were yelling our names, trying to get out -- like, I guess get us to the door.  I don't know.

I think my mom ended up going to the door. I was in the room.  I just knew I had to put my hands up, because I knew my room wasn't that bright.  So I just put my phone down on the dresser and put my hands up, and then they came in.

They -- I -- I just waited for instruction, 'cause I didn't know what to do.  I was just -- I was terrified.  I'm even shaking right now.  I hate it. But I -- I got up, and I -- I walked -- like, I followed the instructions.

I couldn't -- I don't remember if it was weapons or flashlights, but they were pointing stuff at us.  And I was scared, so I walked with my hands up.  And then I -- I'm sorry.  I went to the -- it's a hallway, and then I just remember them, like, questioning us.

But I -- I know I was so scared that I couldn't, like, speak.  I felt paralyzed.  And they were just, like -- like:  "Where is he?  Where is he at?"  Like, "Where -- where is he at?"

My mom was, like, yelling.  I just was

Iyonah Brown

Page 14

quiet.  They just was, like, you know, I guess, antagonizing us, trying to get information.  Then at some point, I guess they -- they found him, and then they, like, slammed, like, the door.  And it was kind of broken, so it was, like, a little peek.

But you couldn't really see anything, and you just heard screaming.  My mom started crying.  I was screaming.  Like, then, I guess, when everything was finished or whatever, it was -- like, I was not sad.  But I was angry, so I was, like, more enraged.

They came out, and then we saw him.  And he had, like, blood on him, and he looked, like -- like, just sweated out and dazed, like, couldn't talk.  And then they took him to the steps instead of the elevator.  And then -- like, we were on the sixth floor.  I -- it just was chaos.

We have two sets of steps, so, like, once they took him, I ran in to, like, get my phone.  And then I ran down the other side.  I don't know if I beat them downstairs, or -- no, I did.  I got downstairs first, and then we saw them still, like, dragging him down the steps.

And I think I got -- I think I got to record it.  I don't remember.  And then, you know, I was just yelling.  I remembered one of the guys' badge numbers

Iyonah Brown

Page 15

at the time, so I said it the whole time as I walked down.  By the time I got downstairs, he put his badge away.

Then I just remember them taking him outside.  It was people outside.  Like, I guess they saw it on, like, Citizens [sic] app.  Like, people were everywhere recording.  They took him in the car, and then that's all I remember.

They drove off, and then we were just upset.  Couldn't really do anything at that point.  Just had to go back into the house and, you know, see -- see everything.

Q    Okay.  Yeah.  Thank you.  I appreciate you being here and, you know, going -- running through all of that with me.

I think -- so I guess a couple of -- I think I have a pretty clear understanding from what you were able to just tell me.  But I just want to, you know, ask a couple more questions about it.  So you said the door was open, like, a little bit.  Is that accurate?  Like, the door was, like, not fully closed, I guess?

A    Like, it couldn't close.  They broke it.  It was something -- like, we had a thing in it.  Like, it just couldn't close.  It was something wrong with it.

Q    Okay.  Okay.  And when the officers were

Iyonah Brown

Page 16

inside the apartment, what were you able -- what were you observing at that point in time?

A    Really, it was hard for me to look.  I don't -- I think I was really just worried about the officers that were talking to us.  Like, I -- I really wasn't, like, looking inside the door.  I just knew that they were, like, just looking around the house, basically.

Q    Okay.

A    Like, I just seen movement.  I couldn't really see.

Q    Okay.  No.  Understood.  And then, do you -- did you have any conversations with the officers outside of the door, or it was more so, like, your mom?

A    I don't believe so.  I -- I think I was too scared.  I think they were more talking to my mom.

Q    Okay.  Okay.  Okay.  And then, I know you had -- you said you recorded footage that day.  Is that accurate?

A    Yes.

Q    Okay.  And then, did you take any, like, pictures that day, or was it just the footage?

A    Footage.  Just the footage.

            MS. ANDERSON:  Okay.  All right.  And