# EXHIBIT L

Video: Search of 40 Featherbed Lane Apartment 6A (to be provided to the Court)