# EXHIBIT M

Tyrel Escobar

**Page 1**

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

TYREL ESCOBAR,

          Plaintiff,

     v.                                    Case No.

SERGEANT DECLAN LUDINGTON and         22 CV 8434 (MMG)

DETECTIVE RYAN SHEEHAN,

          Defendants.

_____

          DEPOSITION OF IDALIA ESCOBAR

DATE:          Friday, January 23, 2026

TIME:          9:49 a.m.

LOCATION:      Remote Proceeding

               Atlantic City, NJ 08201

REPORTED BY:   Laken Urtel

JOB NO.:       7863923

Tyrel Escobar

Page 10

Q    Okay, okay.  Okay.  And then were you -- are you aware that the marshals have been dismissed from the case, or were you aware of that before today?

A    Yeah.  I'm -- yes, I was.  My nephew went -- and I'm hearing it now too.  Yes.

Q    Okay.  Okay.  Okay.

All right.  So why don't we -- I have a few more background questions, but I think maybe we should just start by getting right into the incident, and then we can -- you know, I can cover some of those bases later.

Can you just tell me, you know, what you remember from that day?

A    I remember being thrown out my home by the cops and U.S. Marshals, and just hearing my nephew yelling and screaming and being beaten; just cries for help and begging for them to stop.  And that's what I remember the most, him crying and being beat.

Q    And when you say -- when you say thrown out of -- you know, thrown out of the home, I guess, can you just describe a little bit how that happened essentially?

A    Pretty much the officers made me, my daughter, and a friend all get out the home.  Wow.  You know, they just threw us out and said -- you know,

Tyrel Escobar

Page 11

threw us in the hallway, I guess, while they searched my home.

Q    And when you were in the hallway, was the door closed to the apartment, or was it open?

A    It was closed.  It was a officer in front of the door, like blocking entry, like -- you know, yeah.  So it was like closed.  First it was like partially open with the officer, and then when they got him, they closed it so we couldn't see him getting beat.

Q    Okay.  Okay.  Okay.  And then what did you -- I guess what did you observe, you know, after -- I know you had said you had heard him -- you had heard your nephew crying from inside of the apartment.

After that, I would say what happened next?

A    After the beating, when they brought him out?

Q    Yes.

A    He was bloody.  He couldn't walk.  He couldn't talk.  They dragged him down six flight of steps when I had an elevator right there.  He was hurt.

Q    Okay.  All right.  Okay, thank you.

And I know you had said -- I'm just trying to get a clear -- a little bit of a clearer picture

Tyrel Escobar

Page 22

stomach -- why did you all beat him?  I remember that part.  And I remember saying, it's an elevator, like why you all dragging him down the steps?  Like why did you all do that to him?

Q    What point did you see Mr. Escobar laying on his stomach?  Was that when the door was still cracked open like you described, or something else?

A    No, that was something else.  Like --

Q    Okay.

A    -- that was something else.  Like I know he was laying on his stomach when they found him.

Q    Okay.

A    He wasn't --

Q    And that was -- and were you able to personally witness any of what happened inside the apartment?

A    No.

Q    Okay.

A    Witness, no.

Q    You described hearing your nephew crying.

Do you recall -- I know this is difficult, but do you recall anything specific that he may have said, or was it just sounds?  What do you remember?

A    Just excruciating screaming, like, oh, no, stop, okay, please stop, please stop.  Crying.