# EXHIBIT N

Video: Escort of 40 Featherbed Lane  (to be provided to the Court)