# EXHIBIT O

Video: Lobby of 40 Featherbed Lane  (to be provided to the Court)