# EXHIBIT P

| MRN: ▒▒▒▒ | ESCOBAR, TYRELL | BronxCare Health System |
|---|---|---|
| Visit: 114-778-628 | Gender: Male | Current Location: Adult ED |
| Age: 27y ▒▒▒▒ | | |

**1A. Emergency Triage Flowsheet [Charted Location: Emergency] [Date of Service: 02-Oct-2019 20:01, Authored: 02-Oct-2019 20:01]- for Visit: 114-778-628**, OSUOHA, HENRY (RN)*, Complete, Entered, Signed in Full, General*

### Emergency Severity Index

### Life Saving Intervention
Requires Immediate Life-Saving Intervention: No-Patient brought Directly back to Area

### Chief Complaint
Chief Complaint Chief Complaint: " i have headache and pain all over my face"
Onset: Hours ago
Objective Data: Pt walked in to ED on handcuff and under police custody with c/o frontal headache. Tenderness all over the scalp. Denies loc/vertigo/blurry vision. Pt reports that he hit his head to the ground by the police officer. Bruise noted at right side of face.

### ALLERGIES

### Pain Level
Pain Level: 7

### Patient Condition/Consciousness
Alert Oriented: Yes

### Vital Sign Measurements
BP Systolic (mm Hg) BP Systolic (mm Hg): 156
BP Diastolic (mm Hg) BP Diastolic (mm Hg): 76
Pulse (bpm) Pulse bpm: 85 bpm
Rate (breaths/min) Rate (breaths/min): 18
Temperature (degrees F): 98.9 degrees F
Temperature (degrees C): 37.1 degrees C
Temperature Method: Oral
SaO2 Method: room air

### Pain Assessment

Pain Assessment: complains of pain/discomfort...

### CDC Fever and Cough

Does patient have a cough?: No
Does patient have a fever?: No
Has patient travelled abroad in last 1 month: No

### Endorsement of Care

### Triage Category
Category: 3

| MRN: █████████<br>Visit: 114-778-628<br>Age: 27y ██████████ | ESCOBAR, TYRELL<br>Gender: Male | BronxCare Health System<br>Current Location: Adult ED |
|---|---|---|

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**1B. Emergency Nurse Care [Charted Location: Emergency] [Date of Service: 02-Oct-2019 20:01, Authored: 02-Oct-2019 20:01]- for Visit: 114-778-628**,  OSUOHA, HENRY (RN)*,
Complete, Entered, Signed in Full, General*

**Body Measurements / Vital Signs**

**Vital Sign Measurements**
BP Systolic (mm Hg) BP Systolic (mm Hg): 156
BP Diastolic (mm Hg) BP Diastolic (mm Hg): 76
Pulse (bpm) Pulse bpm: 85 bpm
Rate (breaths/min) Rate (breaths/min): 18
Temperature (degrees F): 98.9 degrees F
Temperature (degrees C): 37.1 degrees C
Temperature Method: Oral
SaO2 Method: room air

**Cognitive/Perceptual/Neuro**

**Patient Condition/Consciousness**
Alert Oriented: Yes

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**1B. Emergency Nurse Care [Charted Location: Emergency] [Date of Service: 02-Oct-2019 20:51, Authored: 02-Oct-2019 20:51]- for Visit: 114-778-628**,  LOPEZ, BRIANNA (RN)*,
Complete, Entered, Signed in Full, General*

**Comment**

 Comment: Attempted to administer medication as per MD order, NYPD escorted patient out of Area C

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**General, Adult, ED 2.0 [Charted Location: Emergency] [Date of Service: 02-Oct-2019 20:57, Authored: 02-Oct-2019 20:57]- for Visit: 114-778-628**, *Complete, Revised, Signed in Full, General*

**HPI:**
**Arrival Information:**
• **History Limited By:** none

| MRN: ▮▮▮▮▮▮▮▮<br>Visit: 114-778-628<br>Age: 27y ▮▮▮▮▮▮▮ | **ESCOBAR, TYRELL**<br>Gender: Male | **BronxCare Health System**<br>**Current Location: Adult ED** |
|---|---|---|

- **MD First Contact:** Now
- **Date/Time of MD First Contact:** 02-Oct-2019 20:26

### General:

- **Chief Complaint** — 22yo M presents in police custody c/o headache
- **Duration** — 1 day
- **Onset** — sudden
- **Associated Symptoms [+]** — headache
  back pain
- **Associated Symptoms [-]** — No neck pain
  No chest pain
  No shortness of breath
  No abdominal pain
  No vomiting
- **Additional HPI** — Patient in police custody, states he was hit in the head and middle back.  Patient states last tetanus vaccine was 6 years ago.  Patient denies any LOC.  Patient denies any neck pain or loose teeth.

### Review of Systems:

- **General [-]:** no fever, no chills, no weight loss, no weight gain
- **Skin [-]:** no pruritus, no rash, no lesions
- **Eyes [-]:** no itching, no discharge, no blurred vision, no diplopia
- **Ears [-]:** no ear pain, no tinnitus, no hearing loss
- **NMT [-]:** no nose bleeds, no throat pain, no dysphagia, no gum bleeding
- **Respiratory [-]:** no cough, no wheezing, no hemoptysis
- **Cardiovascular [-]:** no chest pain, no palpitation, no dyspnea on exertion, no peripheral edema
- **Gastrointestinal [-]:** no nausea, no vomiting, no diarrhea, no constipation, no abdominal pain
- **Genitourinary [-]:** no dysuria, no hematuria, no flank pain, no incontinence
- **Musculoskeletal [+]:** BACK PAIN
- **Musculoskeletal [-]:** no arm pain, no leg pain, no joint swelling
- **Neuro [+]:** HEADACHE
- **Neuro [-]:** no dizziness, no confusion, no tremor, no difficulty walking
- **Heme/Lymph [-]:** no easy bruising, does not bleed easily, no enlarged lymph nodes
- **Endocrine [-]:** no polydipsia, no polyuria, no heat intolerance, no cold intolerance

### Home Medication Names:
*** Outpatient Medication Status not yet specified*

### Allergies/Intolerances:
- **No Known Allergies**:

### Past, Family and Social History:

- **Past Medical History [+]:** none

- **Family History [+]:** none

- **Tobacco Status:** never smoker
- **Illicit Drugs:** denies
- **Alcohol:** denies

| MRN: ▓▓▓▓▓▓<br>Visit: 114-778-628<br>Age: 27y ▓▓▓▓▓▓ | **ESCOBAR, TYRELL**<br>**Gender: Male** | **BronxCare Health System**<br>**Current Location: Adult ED** |
|---|---|---|

## PE:
### Vital Signs:
- **Temperature (degrees F):** 98.9 degrees F
- **Temperature (degrees C):** 37.1 degrees C
- **Pulse (bpm):** 85 bpm
- **Rate (breaths/min):** 18
- **BP Systolic (mm Hg):** 156
- **BP Diastolic (mm Hg):** 76
- **SaO2 Method:** room air

### General/Skin/HEENT:
- **General:** well-developed; well-groomed; well-nourished; no distress

### Resp/CV/GI/GU:
- **Additonal PE Comment:** · Skin: warm and dry; color normal
  · Eyes: conjunctiva clear
  · ENT: no stridor; no muffled voice; normal pharyngeal exam
  · Head: 1cm well approximated laceration to right cheek - no active bleeding
  · Neck: normal; supple; no midline neck tenderness
  · Musculoskeletal: ROM intact
  · Back Details: 1cm superficial abrasion to mid-thoracic region - no swelling or bleeding
  · Neurological: alert and oriented x 3; responds to verbal commands; gait normal; moving all 4 extremities
  · Psychiatric: normal behavior
  · Respiratory: airway patent; breath sounds equal; good air movement; respirations non-labored; no rales; no rhonchi; no wheezing
  · Cardiovascular: regular rate and rhythm; no rub; no murmur
  · Extremities Details: no clubbing; no cyanosis; pulses 2+ equal bilaterally in upper and lower extremities
- · Gastrointestinal: normal; soft; nontender; no distension

### Assessment 1:
- **Assault**:

### Treatment Plan 1:
- 22yo m presents in police custody s/p assault
stable vitals
no abdominal pain/normal neurologic exam
check ct scans/xrays
pain meds
reassess.

### Pertinent Results:
**Cat Scan:**
**02-Oct-2019 21:00 CT Head without Contrast**

| Result | Value | Abn |
|---|---|---|
| **CT Head without Contrast** | CT head without IV contrast CLINICAL INFORMATION: Trauma.  Contusion.  Headache.  Initial encounter.  Y09; Assault by unspecified means; Assault ( Y09 );  22yo | |

| Requested by: PARRILLA, CARMEN (Clerk.), 03-Jun-2025 09:01 | Page  4 of 23 |
|---|---|

| MRN: | ESCOBAR, TYRELL | BronxCare Health System |
|---|---|---|
| Visit: 114-778-628 | Gender: Male | Current Location: Adult ED |
| Age: 27y | | |

m with head injury.

TECHNIQUE: Contiguous axial 5 mm sections were obtained through the head.

RADIATION DOSE: Automatic exposure control or low dose technique with adjustment of the dose based on patient size was utilized. The total DLP for this examination is estimated at 1063 mGy-cm.

FINDINGS: No prior studies were submitted for direct comparison.

The ventricles and sulci are appropriate for patient's stated age. There is no evidence of abnormal parenchymal attenuation seen. There is no evidence of acute intracranial hemorrhage, mass-effect, midline shift or extra-axial fluid collection. There is no evidence of acute territorial infarct.

The visualized orbits appear grossly unremarkable. The visualized paranasal sinuses and mastoid air cells appear clear. The visualized calvarium appears intact.

IMPRESSION: Unremarkable noncontrast CT scan of the head.

End of diagnostic report for accession: 3174714

ICD9 Code(s): Y09

Signed By:
CHANG, ALBERT, M.D.
10/02/2019 10:09 PM

Finalized By:
CHANG, ALBERT, M.D.

| MRN: ▇▇▇▇▇▇<br>Visit: 114-778-628<br>Age: 27y ▇▇▇▇▇▇▇ | ESCOBAR, TYRELL<br>Gender: Male | BronxCare Health System<br>Current Location: Adult ED |
| --- | --- | --- |

| | 10/02/2019 10:09 PM<br>Finalized Interpretation by:<br>CHANG, ALBERT | |
| --- | --- | --- |

**02-Oct-2019 21:02 CT Facial Bones CT without Contrast**

| Result | Value | Abn | |
| --- | --- | --- | --- |
| **CT Facial Bones CT without Contrast** | CT facial bones without IV contrast<br>for patient<br>male of 22 years<br>CLINICAL INFORMATION: Trauma.  Contusion.  Facial pain.  Initial encounter.<br>TECHNIQUE:  Contiguous axial 2.5 mm sections were reconstructed through the facial bones using a single helical acquisition obtained at 1 mm thickness.<br>This data set was also reconstructed in the sagittal and coronal planes.<br>RADIATION DOSE: Automatic exposure control or low dose technique with adjustment of the dose based on patient size was utilized.  The total DLP for this examination is estimated at 705 mGy-cm.<br>FINDINGS:  No prior similiar studies were submitted for direct comparison.<br>There is no evidence of acute facial bone fracture noted.  The visualized paranasal sinuses demonstrate mild scattered ethmoid air cell mucosal thickening, with aerosolized mucosal thickening involving the left maxillary sinus.  and mastoid air cells are clear.  No abnormal paranasal sinus fluid collection is found.  No | | ‼ |

| MRN: ████████ Visit: 114-778-628 Age: 27y ██████████ | ESCOBAR, TYRELL Gender: Male | BronxCare Health System Current Location: Adult ED |
|---|---|---|

osseous erosion or expansion is present. The nasal bones are intact without fracture. The nasal septum appears intact. There is rightward nasal septal deviation. The orbits are unremarkable. Preseptal structures are preserved. The globes are intact. Intraconal and extraconal fat is preserved. The extraocular musles remain symmetric. The superior opthalmic veins are also symmetric. The orbital rims remain intact. The deep facial spaces are intact. No radiopaque foreign body is seen. The nasopharynx is symmetric. The central skull base is intact. The visualized intracranial contents appear unremarkable.

IMPRESSION:
No evidence of acute facial bone fracture. Mild presumed inflammatory sinus disease as described above, with aerosolized mucosal thickening involving left maxillary sinus and rightward nasal septal deviation. Recommend correlation for acute sinusitis.

End of diagnostic report for accession: 3174715
ICD9 Code(s): Y09
Signed By:
CHANG, ALBERT, M.D.
10/02/2019 10:15 PM
Finalized By:
CHANG, ALBERT, M.D.

| MRN: ▓▓▓▓▓▓▓▓▓<br>Visit: 114-778-628<br>Age: 27y ▓▓▓▓▓▓▓▓▓ | **ESCOBAR, TYRELL**<br>**Gender: Male** | **BronxCare Health System**<br>**Current Location: Adult ED** |
|---|---|---|

| | 10/02/2019 10:15 PM<br>Finalized Interpretation by:<br>CHANG, ALBERT | |
|---|---|---|

**Xray:**
**02-Oct-2019 21:34 Xray Chest 2 Views**

| Result | Value | Abn |
|---|---|---|
| **Xray Chest 2 Views** | Chest radiographs<br>CLINICAL INFORMATION:<br>Trauma.  Contusion.  Chest pain.  Initial encounter.<br>Y09; Assault by unspecified means; Assault ( Y09 );  22yo m with assault<br>TECHNIQUE:  Frontal and lateral views of the chest were obtained.<br>FINDINGS:  No prior studies were submitted for direct comparison.<br>The cardiomediastinal silhouette is unremarkable.  The pulmonary vasculature is within normal limits.  There is no acute infiltrate or pleural effusion seen.<br>The visualized bony thoracic cage appears intact.  There is mild levoscoliosis of the lower thoracic spine noted.<br>IMPRESSION:<br>No evidence of acute pulmonary disease.<br>End of diagnostic report for accession: 3174716<br>ICD9 Code(s): Y09<br>Signed By:<br>CHANG, ALBERT, M.D.<br>10/02/2019 10:39 PM<br>Finalized By:<br>CHANG, ALBERT, M.D.<br>10/02/2019 10:39 PM<br>Finalized Interpretation by:<br>CHANG, ALBERT | ⚠ |

**02-Oct-2019 21:42 Xray Thoracic Spine 2 Views AP + Lateral**

| Result | Value | Abn |
|---|---|---|
| **Xray Thoracic Spine 2 Views AP + Lateral** | Radiographs of the thoracic spine<br>CLINICAL INFORMATION: | |

| MRN: ▮▮▮▮▮▮▮▮ Visit: 114-778-628 Age: 27y ▮▮▮▮▮▮ | ESCOBAR, TYRELL Gender: Male | BronxCare Health System Current Location: Adult ED |
|---|---|---|

|  | Trauma. Contusion. Back pain. Initial encounter. Y09; Assault by unspecified means; Assault ( Y09 ); 22yo m with assault. TECHNIQUE: Frontal and lateral views of the thoracic spine were obtained. FINDINGS: No prior studies were submitted for direct comparison. The normal thoracic kyphosis is preserved. There is mild levoscoliosis of the lower thoracic spine noted. The thoracic vertebral body heights and alignment are maintained. The visualized pedicles appear intact. There is no evidence of acute bony fracture or destructive bony lesion. The thoracic intervertebral disc spaces appear preserved. There is no significant productive changes noted. IMPRESSION: No evidence of acute bony fracture, subluxation or significant degenerative changes. Mild levoscoliosis of the lower thoracic spine. End of diagnostic report for accession: 3174717 ICD9 Code(s): Y09 Signed By: CHANG, ALBERT, M.D. 10/02/2019 10:51 PM Finalized By: CHANG, ALBERT, M.D. 10/02/2019 10:51 PM Finalized Interpretation by: CHANG, ALBERT |  |

**ED MD Results Interpretation:**
- **Radiology Results Interpretation:** ct brain/facial bones, xray chest, thoracic spine neg for

| MRN: ▓▓▓▓▓▓▓<br>Visit: 114-778-628<br>Age: 27y ▓▓▓▓▓▓▓ | ESCOBAR, TYRELL<br>Gender: Male | BronxCare Health System<br>Current Location: Adult ED |
|---|---|---|

acute pathology

## Pharmacy & Patient Care Orders:
- **Acetaminophen fever:**

## Rechecks:
- **Time:** 23:20
- **Recheck:** Patient condition unchanged
- **Comments:** Pt was signed out to me, imaging neg for acute pathology, pt was discharged into police custody.

## Transfer of Care 1:
- **Brief History:** 22yo m in police custody s/p assault.
- **Pending Items to be Checked and Documented:** X-ray results, CT/MRI results
- **Receiving Physician:** Partridge, Langley
- **Receiving Time:** 02-Oct-2019 22:00
- **Re-evaluation:** 02-Oct-2019 22:00
- **Re-evaluation/Impression:** unchanged

## Prescriptions List:
*\* Outpatient Medication Status not yet specified*

## Patient Counseling:
- Discussed with patient the need to be involved with their own care.
- Counseled patient regarding: rad results and diagnosis.

## Admit / Discharge Diagnoses:
- **Assault**:

## Patient Disposition:
- **Disposition:** other discharge / transfer
- **Planned Patient Disposition:** NYPD custody

**Electronic Signatures:**
**GHARIB, SHAHIN (MD)**  (Signed 02-Oct-2019 21:41)
> *Authored: HPI, ROS, OUTPATIENT MEDICATIONS, ALLERGIES, PFSH, PE, MDM - Assessment & Plan, MDM - Order Entry, MDM - Rechecks & Transfer of Care, MDM - Clinical Impression*

**PARTRIDGE, LANGLEY (MD)**  (Signed 02-Oct-2019 23:21)
> *Authored: MDM - Results, MDM - Rechecks & Transfer of Care, MDM - Clinical Impression*

*Last Updated: 02-Oct-2019 23:21 by PARTRIDGE, LANGLEY (MD)*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Consent Forms-CAFT-NYS EP-HIPAA-RHIO-Patient's Bill of Right [Charted Location: Emergency] [Date of Service: 02-Oct-2019 21:18, Authored: 02-Oct-2019 21:18]- for Visit: 114-778-628**, *Complete, Entered, Signed in Full, General*

| Requested by: PARRILLA, CARMEN (Clerk.), 03-Jun-2025 09:01 | Page 10 of 23 |
|---|---|

| MRN: ▮▮▮▮▮▮<br>Visit: 114-778-628<br>Age: 27y ▮▮▮▮▮▮▮ | **ESCOBAR, TYRELL**<br>Gender: Male | **BronxCare Health System**<br>**Current Location: Adult ED** |
|---|---|---|

**Consent Forms**

Consent And Authorization For Treatment/ Patient Consent to the Release of Records for NYS External Appeal/ Acknowledgement Form For Notice of Privacy Practices/ RHIO Consent Form - BRONX RHIO, INC/ Patient's Bill of Rights & "Your rights as a hospital patient " Confirmation Form

**English - CAFT:**
**Form 255**
BRONXCARE HEALTH SYSTEM

# CONSENT AND AUTHORIZATION FOR TREATMENT

**1.   Authorization:**   I, the undersigned, agree and consent for my (the patient's) treatment by BronxCare Health System; its medical staff and related health care practitioners and entities (collectively, "the Hospital"), and I request and authorize the Hospital to provide care and administer such diagnostic, radiological and/or therapeutic procedures and treatment which may include emergency treatment as my physician/practitioner determines is necessary and advisable in my (the patient's) care, or, for obstetrical patients, in the care of my (the patient's) newborn. I authorize the use of photography or other forms of recording for the Hospital's purposes such as medical, education, scientific or performance improvement. I understand my identity will not be revealed by the pictures or descriptive text, unless my express written permission is obtained, I have the right to rescind my consent at any time. Camera surveillance in clinic and public areas may be utilized for safety purposes.

**2. No Guarantees/Unforeseen Conditions:** I am aware that there are certain risks and hazards connected with any treatment that may result in complications or other consequences. Unforeseen conditions may arise during my (the patient's) treatment by the Hospital which would require more treatment than originally anticipated. I acknowledge that no guarantees or assurances have been made to me concerning any of my (the patient's) treatment in the Hospital.

**3.   Authorization for Release of Information by the Hospital:** By signing this document, I authorize the Hospital and my physician/practitioner to use my (the patient's) personal health information and to release such information to: (a) any requesting health care provider for further diagnosis, care, treatment, payment or health care operations purposes; (b) any entity which may assist the Hospital in performance of its health care operations; any person or entity which may be responsible for billing and/or collection of claims for medical services or products; (c) any person or entity which is or may be liable for all or part of the Hospital's charges or physicians' fees including, but not limited to, insurance companies, health maintenance organizations, workers' compensation carriers, or other third party payers (e.g., Medicaid, Medicare, or other health care payors); or (d) any governmental agency or other organization responsible for oversight of the Hospital. In the event that I am (the patient is) to be considered for placement in an alternate care facility, I hereby authorize the Hospital to release my (the patient's)  medical   record   to   such   facility   for   the   purpose   of

| MRN: ▓▓▓▓▓<br>Visit: 114-778-628<br>Age: 27y▓▓▓▓▓▓ | ESCOBAR, TYRELL<br>Gender: Male | BronxCare Health System<br>Current Location: Adult ED |
|---|---|---|

discharge   planning and/or continuation of post hospital care.

4.  **Understanding of this Form:** I confirm that I have read and fully understand this form, and that all the blank spaces have been completed or crossed off prior to my signing, I have been given an opportunity to ask questions and all of my questions have been answered to my satisfaction.

5.  **Additional Consent Form:** For additional procedures that may be required, a separate consent may be requested.

**Use your facility's general medical consent but amend to include the following:**

Patient refused/unable to sign

| Reason for the inability to sign on the consent form | PT UNDER POLICE CUSTODY UNABLE TO SIGN AS 10/02/2019 |
|---|---|

**Electronic Signatures:**
**SEALY, ANDERSON (Patient Access Associate)**  (Signed 02-Oct-2019 21:19)
     *Authored: Consent Forms*

*Last Updated: 02-Oct-2019 21:19 by SEALY, ANDERSON (Patient Access Associate)*

*********************************************************************************

**1B. Emergency Nurse Care [Charted Location: Emergency] [Date of Service: 02-Oct-2019 21:30, Authored: 02-Oct-2019 21:30]- for Visit: 114-778-628**,  LOPEZ, BRIANNA (RN)*, Complete, Entered, Signed in Full, General*

Comment

 Comment: 22 y.o male aaox4 presenting to the ED in police custody complaining of H/A after recent head trauma. Pt denies LOC, chest pain, dizziness and SOB. Pt appears well, no apparent signs of distress noted, denies allergies and Pmhx, pt is sitting in chairs in handcuffs, speaks in full sentences, safety maintained.

Patient / Significant Other Readiness To Learn

Patient Learning Needs Assessment
Readiness to Learn: yes
Barrier to Education: none

| Requested by: PARRILLA, CARMEN (Clerk.), 03-Jun-2025 09:01 | Page 12 of 23 |
|---|---|

| MRN: ▮▮▮▮▮▮<br>Visit: 114-778-628<br>Age: 27y ▮▮▮▮▮▮ | ESCOBAR, TYRELL<br>Gender: Male | BronxCare Health System<br>Current Location: Adult ED |
|---|---|---|

Communication Ability: Own Interpreter
How Given: ExitCare
Given to Patient: yes
Outcome: Verbalizes understanding
Patient's Preferred Spoken Language When Discussing Health Care: English
Patient 's Preferred Written Language Regarding Health Care: English
Interpreter Telephone Contact 1- 855 - 503 - 0122: no

## Generic Teaching Goals/Outcomes

Generic Teaching Room/Unit Orientation: (2) meets goals/outcomes;  verbalization
Disease Process: (2) meets goals/outcomes;  verbalization
Generic Teaching Pain and Pain Management: (2) meets goals/outcomes;  verbalization
Generic Teaching Medications: (2) meets goals/outcomes;  verbalization
Generic Teaching Diagnostic Tests/Procedures: (2) meets goals/outcomes;  verbalization
Generic Teaching Dietary Modifications: (2) meets goals/outcomes;  verbalization
Exercise Modification: (2) meets goals/outcomes;  verbalization
Generic Teaching Hygiene/Infection Prevention: (2) meets goals/outcomes;  verbalization
Generic Teaching Rehabilitation: (2) meets goals/outcomes;  verbalization
Generic Teaching Medical Equipment/Supplies: (2) meets goals/outcomes;  verbalization
Generic Teaching Tobacco Cessation: (2) meets goals/outcomes;  verbalization
Generic Teaching Resources for Support: (2) meets goals/outcomes;  verbalization
Basic Health Practices and Safety: (2) meets goals/outcomes;  verbalization
Strategies to Reduce Falls : encouraged patient to call for assistance at all times;  patient;  verbalization;  2= meets goals/outcomes
Oral Health: (2) meets goals/outcomes;  verbalization

## Pain Assessment / Reassessment

## Pain Assessment: FACES Scale
Pain Interventions: pain management plan reviewed with patient/caregiver

## Numbers Scale (0-10)
Presence of Pain: complains of pain/discomfort
Pain Level Pain Level: 6= hurts even more
Location: head
Acceptable Comfort Level: 0
Pain Description (Frequency/Quality): aching

## Risk Assessment

## Risk Assessment
Pt Physically hurt or threatened?: no
Fall Risk Screen: Not applicable
Fall Risk : No
Fall Alert Armband Placed/Interventions implemented: No
Suicide / Self Harm Screen Indication for Suicide / Self Harm Screen: None
Suicide/Self Harm Questions Do you currently feel hopeless?: No
Have you actually had any thoughts of killing yourself or others in the past month: No
Have you done anything, started to do anything, or prepared to do anything to end your life within the past year Have you done anything, started to do anything, or prepared to do anything to end your life within the past year : no
Safety Intervention: No action required

| MRN: ▮▮▮▮▮▮▮▮<br>Visit: 114-778-628<br>Age: 27y ▮▮▮▮▮▮▮▮ | ESCOBAR, TYRELL<br>Gender: Male | BronxCare Health System<br>Current Location: Adult ED |
| --- | --- | --- |

Elopement Risk Elopement Risk: No

## Columbia Suicide Severity Rating Scale-Past Month
Type: IN THE PAST MONTH
WISH TO BE DEAD;   1) Have you wished you were dead or wished you could go to sleep and not wake up ?: no
SUICIDAL THOUGHTS:  Have you actually had any thoughts of killing yourself? 2) Have you actually had any thoughts of killing yourself ?: no

## Fall Risk Assessment/Intervention

## MORSE FALL SCALE
History of Falling : Immediate or 3 Months History of Falling : Immediate or 3 Months: 0-no
Secondary Diagnosis Secondary Diagnosis: 0-no
Ambulatory Aid Ambulatory Aid: 0-bedrest/nurse assist
IV / Med Lock IV / Med Lock: 0-no
Gait / Transferring Gait /Transferring: 0-normal
Mental Status Mental Status: 0-oriented to own ability
Morse Fall Scale Morse Fall Score: 0
Morse Fall Scale Risk Level Morse Fall Scale Risk Level: standard risk  (MFS  less than 45)

## Standard Fall Risk
Standard Fall Risk Standard Risk Interventions: All standard fall interventions initiated (pt oriented to surroundings, including bathroom and use of call bell; ensure call bell is within reach; provide patient with non-skid socks or encourage use of non-slip footwear; identify patient's risk factors for falls at change of shift report; ensure transport staff are informed to provide a hand-off to the receiving unit personnel; huddle every shift to reinforce the plan of care fro at-risk patients; hourly rounding to assess comfort and need for assistance; toilet patient, as appropriate to patient's condition, before administering pain or sleep medication; ensure room and hallway is free of environmental hazards; remove excess equipment, supplies and furniture; keep floor clutter-free with attention to path between bed and bathroom/commode; coil and secure excess electrical and telephone wires, and IV tubing; clean all spills immediately; put all personal items within reach; place personal items and furniture on patient's  stronger side, if applicable; assure assisted device(s) are within reach of pt and assist all times in ambulation, if applies; check tips of walker/cane/crutches for non-skid cover(s); assure adequate lighting in room and /or keep bathroom light on during the night; maintain bed in lowest position with wheels locked; raise the bed to the appropriate height to assist in transfer or standing; follow organizational policy for using side rails; ambulate as early and frequently as appropriate for patient's condition; educate patient and family about the risk for falls)

## Cognitive/Perceptual/Neuro

## Patient Condition/Consciousness
Alert Oriented: Yes
Responds to Voice: Yes
Responds to Pain: Yes
Unresponsive: No

## Motor Response
Motor Response General: purposeful motor response

## Glasgow Coma Scale (Adult)

| Requested by: PARRILLA, CARMEN (Clerk.), 03-Jun-2025 09:01 | Page 14 of 23 |
| --- | --- |

| MRN: ██████████<br>Visit: 114-778-628<br>Age: 27y ██████████ | ESCOBAR, TYRELL<br>Gender: Male | BronxCare Health System<br>Current Location: Adult ED |
|---|---|---|

Glasgow Coma Scale Best Eye Response: (E4) spontaneous
Glasgow Coma Scale Best Motor Response: (M6) obeys commands
Glasgow Coma Scale Best Verbal Response: (V5) oriented
Glasgow Coma Scale Score: 15

### HEENT

### Head/Face
Head/Face [WDL: symmetrical at rest, w/ movement, expression; no swelling, tenderness; size age appropriate]: WDL except
Head Symptoms: pt c/o headache

### Skin

### Skin
Skin [WDL Definition: Warm; dry; intact; elastic; without discoloration; pressure points without redness]: WDL

### Language/Interpreter Needs

### Language/Interpreter Needs
Preferred Language Spoken When Discussing Health Care: English
Patient 's Preferred Written Language Regarding Health Care: English

### Nursing Care Interventions

Admission Care: Patient remains in ED stable condition
Comfort Care: Patient comfortable
Communication Care: Patient interaction was appropriate
Patient Care: Assumed patients care

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**1A. Emergency Triage Flowsheet [Charted Location: Emergency] [Date of Service: 02-Oct-2019 21:30, Authored: 02-Oct-2019 21:30]- for Visit: 114-778-628**,  LOPEZ, BRIANNA (RN)*, Complete, Entered, Signed in Full, General*

### ALLERGIES

### Patient Condition/Consciousness
Alert Oriented: Yes
Responds to Voice: Yes
Responds to Pain: Yes
Unresponsive: No

### Risk Assessment

| MRN: ▮▮▮▮▮▮▮<br>Visit: 114-778-628<br>Age: 27y ▮▮▮▮▮▮▮ | ESCOBAR, TYRELL<br>Gender: Male | BronxCare Health System<br>Current Location: Adult ED |
|---|---|---|

**Risk Assessment**
Pt Physically hurt or threatened?: no
Fall Risk Screen: Not applicable
Fall Risk : No
Fall Alert Armband Placed/Interventions implemented: No
Suicide / Self Harm Screen Indication for Suicide / Self Harm Screen: None
Suicide/Self Harm Questions Do you currently feel hopeless?: No
Have you actually had any thoughts of killing yourself or others in the past month: No
Have you done anything, started to do anything, or prepared to do anything to end your life within the past year Have you done anything, started to do anything, or prepared to do anything to end your life within the past year : no
Safety Intervention: No action required
Elopement Risk Elopement Risk: No

**Language/ Interpreter Needs**

**Language/Interpreter Needs**
Preferred Language Spoken When Discussing Health Care: English
Patient 's Preferred Written Language Regarding Health Care: English

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Discharge Instructions, Emergency Department [Charted Location: Emergency] [Date of Service: 02-Oct-2019 22:53, Authored: 02-Oct-2019 22:53]- for Visit: 114-778-628**, *Complete, Entered, Signed in Full, Not Automatically available to Patient*

**Language Preference:**
ENGLISH.

**Your diagnosis is**.

- **Assault** (Y09): ICD-10: Y09

**YOU HAVE BEEN SCHEDULED FOR THE FOR THE FOLLOWING APPOINTMENTS:**
**Appointment Scheduling Follow Up**

Please Call 718-992-7669 for any questions related to your follow up appointments or to arrange further follow up.

**MEDICATION INSTRUCTIONS**

Please bring this medication list to your next provider of care and use this list to update your provider on the medications you are taking at home, including any over the counter medications or supplements you may be taking at home

| MRN: ▮▮▮▮▮▮<br>Visit: 114-778-628<br>Age: 27y▮▮▮▮▮▮▮ | ESCOBAR, TYRELL<br>Gender: Male | BronxCare Health System<br>Current Location: Adult ED |
|---|---|---|

**The following medications were prescribed to you by your doctor during hospitalization.
Please take as instructed:**
**Medication Prescribed This Visit**

- Today the following medications were prescribed for you

**ANTIBIOTIC EDUCATION**

If you were prescribed an antibiotic today please be sure to complete the entire course, even if
you feel better. If you experience any side effects such as diarrhea, please contact your primary
care physician immediately.

**MEDICATION HISTORY**

According to your medical records here at BronxCare Health System you are also on the following
medications. Please review this list and if you have any questions contact your primary care
provider immediately

**Continue taking these medications:**
*\* Outpatient Medication Status not yet specified*

**Medications Administered in the Emergency Room / (Médicaments administrés au service
des urgences) / (Medicamentos administrados en el Departamento de Emergencia):**
- **Acetaminophen fever:**, 02-Oct-2019

**The results of any tests or radiologic studies performed during your visit are listed below**:

**Diagnostic Results:**
**Cat Scan:**
**02-Oct-2019 21:00 CT Head without Contrast**

| Result | Value |
|---|---|
| **CT Head without Contrast** | CT head without IV contrast<br>CLINICAL INFORMATION:  Trauma.<br>Contusion.  Headache.  Initial<br>encounter. Y09;<br>Assault by unspecified means; Assault ( Y09<br>);  22yo m with head<br>injury.<br>TECHNIQUE:  Contiguous axial 5 mm<br>sections were obtained through the<br>head.<br>RADIATION DOSE: Automatic exposure<br>control or low dose technique with<br>adjustment of the dose based on patient size<br>was utilized.  The total |

| Requested by: PARRILLA, CARMEN (Clerk.), 03-Jun-2025 09:01 | Page 17 of 23 |
|---|---|

| MRN: ▮▮▮▮▮▮▮▮▮<br>Visit: 114-778-628<br>Age: 27y ▮▮▮▮▮▮▮▮▮ | ESCOBAR, TYRELL<br>Gender: Male | BronxCare Health System<br>Current Location: Adult ED |
|---|---|---|

|  | DLP for this examination is estimated at 1063 mGy-cm.<br>FINDINGS:  No prior studies were submitted for direct comparison.<br>The ventricles and sulci are appropriate for patient's stated age.<br>There is no evidence of abnormal parenchymal attenuation seen.  There is no evidence of acute intracranial hemorrhage, mass-effect, midline shift or extra-axial fluid collection.  There is no evidence of acute territorial infarct.<br>The visualized orbits appear grossly unremarkable.  The visualized paranasal sinuses and mastoid air cells appear clear.  The visualized calvarium appears intact.<br>IMPRESSION:<br>Unremarkable noncontrast CT scan of the head.<br>End of diagnostic report for accession: 3174714<br>ICD9 Code(s): Y09<br>Signed By:        CHANG, ALBERT, M.D.        10/02/2019 10:09 PM<br>Finalized By:        CHANG, ALBERT, M.D.        10/02/2019 10:09 PM<br>Finalized Interpretation by: CHANG, ALBERT |
|---|---|

**02-Oct-2019 21:02 CT Facial Bones CT without Contrast**

| Result | Value |
|---|---|
| **CT Facial Bones CT without Contrast** | CT facial bones without IV contrast for patient male of 22 years<br>CLINICAL INFORMATION:  Trauma.  Contusion.  Facial pain.  Initial encounter.<br>TECHNIQUE:  Contiguous axial 2.5 mm sections were reconstructed through the facial bones using a single helical acquisition obtained at 1 mm thickness.<br>This data set was also reconstructed in the sagittal and coronal planes. |

| MRN: ▆▆▆▆▆▆ | ESCOBAR, TYRELL | BronxCare Health System |
| Visit: 114-778-628 | Gender: Male | Current Location: Adult ED |
| Age: 27y (▆▆▆▆▆▆) | | |

RADIATION DOSE: Automatic exposure control or low dose technique with adjustment of the dose based on patient size was utilized. The total DLP for this examination is estimated at 705 mGy-cm.
FINDINGS: No prior similiar studies were submitted for direct comparison.
There is no evidence of acute facial bone fracture noted.
The visualized paranasal sinuses demonstrate mild scattered ethmoid air cell mucosal thickening, with aerosolized mucosal thickening involving the left maxillary sinus. and mastoid air cells are clear. No abnormal paranasal sinus fluid collection is found. No osseous erosion or expansion is present.
The nasal bones are intact without fracture. The nasal septum appears intact.
There is rightward nasal septal deviation.
The orbits are unremarkable. Preseptal structures are preserved. The globes are intact. Intraconal and extraconal fat is preserved. The extraocular musles remain symmetric. The superior opthalmic veins are also symmetric. The orbital rims remain intact.
The deep facial spaces are intact. No radiopaque foreign body is seen. The nasopharynx is symmetric. The central skull base is intact. The visualized intracranial contents appear unremarkable.
IMPRESSION:
No evidence of acute facial bone fracture.
Mild presumed inflammatory sinus disease as described above, with aerosolized mucosal thickening involving left maxillary sinus and rightward nasal septal deviation. Recommend correlation for acute

| Requested by: PARRILLA, CARMEN (Clerk.), 03-Jun-2025 09:01 | Page 19 of 23 |

| MRN: ████████ | ESCOBAR, TYRELL | BronxCare Health System |
|---|---|---|
| Visit: 114-778-628 | Gender: Male | Current Location: Adult ED |
| Age: 27y ████████ | | |

| Result | Value |
|---|---|
| | sinusitis. |
| | End of diagnostic report for accession: 3174715 |
| | ICD9 Code(s): Y09 |
| | Signed By:        CHANG, ALBERT, M.D.        10/02/2019 10:15 PM |
| | Finalized By:        CHANG, ALBERT, M.D.        10/02/2019 10:15 PM |
| | Finalized Interpretation by: CHANG, ALBERT |

**Xray:**
**02-Oct-2019 21:34 Xray Chest 2 Views**

| Result | Value |
|---|---|
| Xray Chest 2 Views | Chest radiographs |
| | CLINICAL INFORMATION: Trauma. Contusion.  Chest pain.  Initial encounter. |
| | Y09; Assault by unspecified means; Assault ( Y09 );  22yo m with assault |
| | TECHNIQUE:  Frontal and lateral views of the chest were obtained. |
| | FINDINGS:  No prior studies were submitted for direct comparison. |
| | The cardiomediastinal silhouette is unremarkable.  The pulmonary vasculature is |
| | within normal limits.  There is no acute infiltrate or pleural effusion seen. |
| | The visualized bony thoracic cage appears intact.  There is mild levoscoliosis |
| | of the lower thoracic spine noted. |
| | IMPRESSION: |
| | No evidence of acute pulmonary disease. |
| | End of diagnostic report for accession: 3174716 |
| | ICD9 Code(s): Y09 |
| | Signed By:        CHANG, ALBERT, M.D.        10/02/2019 10:39 PM |
| | Finalized By:        CHANG, ALBERT, M.D.        10/02/2019 10:39 PM |
| | Finalized Interpretation by: CHANG, ALBERT |

**02-Oct-2019 21:42 Xray Thoracic Spine 2 Views AP + Lateral**

| Result | Value |
|---|---|
| Xray Thoracic Spine 2 Views AP + Lateral | Radiographs of the thoracic spine |
| | CLINICAL INFORMATION:  Trauma. Contusion.  Back pain.  Initial encounter. |

| MRN: ▮▮▮▮▮▮▮<br>Visit: 114-778-628<br>Age: 27y ▮▮▮▮▮▮▮ | **ESCOBAR, TYRELL**<br>Gender: Male | **BronxCare Health System**<br>**Current Location: Adult ED** |
| --- | --- | --- |

Y09; Assault by unspecified means; Assault ( Y09 );  22yo m with assault.

TECHNIQUE:  Frontal and lateral views of the thoracic spine were obtained.

FINDINGS:  No prior studies were submitted for direct comparison.
The normal thoracic kyphosis is preserved.  There is mild levoscoliosis of the lower thoracic spine noted.  The thoracic vertebral body heights and alignment are maintained.  The visualized pedicles appear intact.  There is no evidence of acute bony fracture or destructive bony lesion.
The thoracic intervertebral disc spaces appear preserved.  There is no significant productive changes noted.

IMPRESSION:
No evidence of acute bony fracture, subluxation or significant degenerative changes.
Mild levoscoliosis of the lower thoracic spine.
End of diagnostic report for accession: 3174717
ICD9 Code(s): Y09

Signed By:          CHANG, ALBERT, M.D.          10/02/2019 10:51 PM

Finalized By:          CHANG, ALBERT, M.D.          10/02/2019 10:51 PM

Finalized Interpretation by: CHANG, ALBERT

**Psychiatric Care Instructions - Individualized Safety and Recovery Plan (ISRP):**
**WHAT TO DO IF I NEED HELP IN A CRISIS**

If you or your family members are in crisis before your next appointment please call 718-901-8222 or go to THE BRONXCARE 24 HOUR COMPREHENSIVE PSYCHIATRIC EMERGENCY PROGRAM which is located at 1265 Franklin Avenue. If you need someone to talk to you, please call this 24 hour anonymous toll free hotline number NYCWELL: In English 1-888-692-9355 Press 2; In Spanish 1-888-692-9355 Press 3, in Chinese 1-888-692-9355 Press 4.

**Questions of Concerns and Instructions related to Diagnosis**

| Requested by: PARRILLA, CARMEN (Clerk.), 03-Jun-2025 09:01 | Page 21 of 23 |
| --- | --- |

| MRN: ▮▮▮▮▮▮<br>Visit: 114-778-628<br>Age: 27y ▮▮▮▮▮▮▮▮ | **ESCOBAR, TYRELL**<br>Gender: Male | **BronxCare Health System**<br>**Current Location: Adult ED** |
|---|---|---|

Attached with this document are instructions specific to your diagnosis where your signature indicates your understanding and acknowledgement to follow up as directed.

If you have any new concerning or worsening symptoms please return immediately to an Emergency Department or Call 911.

If you have any questions related to your emergency department visit please call 718-960-1072.

**HIV Information:**
HIV result: No Test Done.

**RHIO STATEMENT:**

**RHIO Disclaimer:**
Please be advised that your health records may have been accessed through the Bronx RHIO if there was a "Break the Glass" event during your recent visit.  A Break the Glass event only occurs if you have either never signed a Bronx RHIO consent form or selected Emergency Only as your consent value, and your provider determined it was an emergency and that information in the Bronx RHIO was necessary for your treatment. To request a Bronx RHIO audit log, please contact information@bronxrhio.org or call (718) 708-6630

**PATIENT PORTAL INSTRUCTIONS**

Don't forget to go to: mybronxcare.com to login to the patient portal to gain electronic access to your medical record and keep in touch with your doctor.  If you don't already have an account you can go to mybronxcare.com and follow the instructions to create one today. If you have questions or need help logging in you may call 718-518-5100

**Electronic Signatures:**
**PARTRIDGE, LANGLEY (MD)**  (Signed 02-Oct-2019 22:54)
>*Authored: Language Preference, Visit Diagnosis, YOU HAVE BEEN SCHEDULED FOR THE FOR THE FOLLOWING APPOINTMENTS, Medication Instructions, The following medications were prescribed to you by your doctor during hospitalization. Please take as instructed, Medications Ordered During Emergency Room Visit, Results, Psychiatric Care Instructions - Individualized Safety and Recovery Plan (ISRP), Questions of Concern and Instructions related to diagnosis, HIV Information, RHIO Statement, Patient Portal Instructions, TDAP Instructions*

*Last Updated: 02-Oct-2019 22:54 by PARTRIDGE, LANGLEY (MD)*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Patient Education [Charted Location: Emergency] [Date of Service: 02-Oct-2019 22:54, Authored: 02-Oct-2019 22:54]- for Visit: 114-778-628**, *Complete, Entered, Signed in Full, Not*