# EXHIBIT Q

**BronxCare Health System**
1650 Grand Concourse, Bronx NY 10457 Phone : 718-590-1800
## Patient Results

| All results performed dates from 02-Oct-2019 |
|---|

| ESCOBAR, TYRELL | Adult ED | 27y | M | GHARIB, SHAHIN |
|---|---|---|---|---|
| DSC | | ███████████████ | / 114-778-628 | |

**Criteria for selection:**

| 02-Oct-2019 21:00 | CT Head without Contrast | | 1 or more Final Results Received |
|---|---|---|---|
| CT Head without Contrast | | Final | Updated |

Requested By: PARRILLA, CARMEN (Clerk.)    Printed from: Reg1

03-Jun-2025 09:09    Page: 1 of 6

**BronxCare Health System**
1650 Grand Concourse, Bronx NY 10457 Phone : 718-590-1800

## Patient Results

| All results performed dates from 02-Oct-2019 | | | | |
|---|---|---|---|---|
| **ESCOBAR, TYRELL** | **Adult ED** | **27y** | **M** | **GHARIB, SHAHIN** |
| **DSC** | | █████████ | | / 114-778-628 |

| **02-Oct-2019 21:00** | **CT Head without Contrast** | **1 or more Final Results Received** |
|---|---|---|

CT head without IV contrast

CLINICAL INFORMATION: Trauma. Contusion. Headache. Initial
encounter. Y09;
Assault by unspecified means; Assault ( Y09 );  22yo m with head
injury.

TECHNIQUE:  Contiguous axial 5 mm sections were obtained through the
head.

RADIATION DOSE: Automatic exposure control or low dose technique with
adjustment of the dose based on patient size was utilized.  The total
DLP for
this examination is estimated at 1063 mGy-cm.

FINDINGS:  No prior studies were submitted for direct comparison.

The ventricles and sulci are appropriate for patient's stated age.
There is no
evidence of abnormal parenchymal attenuation seen.  There is no
evidence of
acute intracranial hemorrhage, mass-effect, midline shift or
extra-axial fluid
collection.  There is no evidence of acute territorial infarct.

The visualized orbits appear grossly unremarkable.  The visualized
paranasal
sinuses and mastoid air cells appear clear.  The visualized calvarium
appears
intact.

IMPRESSION:

Unremarkable noncontrast CT scan of the head.

End of diagnostic report for accession: 3174714
ICD9 Code(s): Y09

| Signed By: | CHANG, ALBERT, M.D. | 10/02/2019 10:09 PM |
|---|---|---|
| Finalized By: | CHANG, ALBERT, M.D. | 10/02/2019 10:09 PM |

Finalized Interpretation by: CHANG, ALBERT

| **02-Oct-2019 21:02** | **CT Facial Bones CT without Contrast** | | **1 or more Final Results Received** |
|---|---|---|---|
| CT Facial Bones CT<br>without Contrast | | Final | Updated |

**BronxCare Health System**
1650 Grand Concourse, Bronx NY 10457 Phone : 718-590-1800

## Patient Results

| All results performed dates from 02-Oct-2019 |
| --- |

| ESCOBAR, TYRELL | Adult ED | 27y | M | GHARIB, SHAHIN |
| DSC | | | | ▮ / 114-778-628 |

| 02-Oct-2019 21:02 | CT Facial Bones CT without Contrast | 1 or more Final Results Received |
| --- | --- | --- |

CT facial bones without IV contrast

  for patient
    male of 22 years

CLINICAL INFORMATION:  Trauma.  Contusion.  Facial pain.  Initial encounter.

TECHNIQUE:  Contiguous axial 2.5 mm sections were reconstructed through the
facial bones using a single helical acquisition obtained at 1 mm thickness.
This data set was also reconstructed in the sagittal and coronal planes.

RADIATION DOSE: Automatic exposure control or low dose technique with adjustment of the dose based on patient size was utilized.  The total DLP for
this examination is estimated at 705 mGy-cm.

FINDINGS:  No prior similiar studies were submitted for direct comparison.

There is no evidence of acute facial bone fracture noted.

The visualized paranasal sinuses demonstrate mild scattered ethmoid air cell
mucosal thickening, with aerosolized mucosal thickening involving the left
maxillary sinus.  and mastoid air cells are clear.  No abnormal paranasal sinus
fluid collection is found.  No osseous erosion or expansion is present.

The nasal bones are intact without fracture.  The nasal septum appears intact.
There is rightward nasal septal deviation.

The orbits are unremarkable.  Preseptal structures are preserved.  The globes
are intact.  Intraconal and extraconal fat is preserved.  The extraocular
musles remain symmetric.  The superior opthalmic veins are also symmetric.  The
orbital rims remain intact.

The deep facial spaces are intact.  No radiopaque foreign body is

Requested By: PARRILLA, CARMEN (Clerk.)    Printed from: Reg1

03-Jun-2025 09:09    Page: 3 of 6

## BronxCare Health System
1650 Grand Concourse, Bronx NY 10457 Phone : 718-590-1800

# Patient Results

| All results performed dates from 02-Oct-2019 |
|---|

| ESCOBAR, TYRELL | Adult ED | 27y | M | GHARIB, SHAHIN |
|---|---|---|---|---|
| DSC | | ▮▮▮▮▮▮▮▮▮ | | 114-778-628 |

| 02-Oct-2019 21:02 | CT Facial Bones CT without Contrast | 1 or more Final Results Received |
|---|---|---|

seen.  The
nasopharynx is symmetric.  The central skull base is intact.  The visualized
intracranial contents appear unremarkable.

IMPRESSION:

No evidence of acute facial bone fracture.

Mild presumed inflammatory sinus disease as described above, with aerosolized
mucosal thickening involving left maxillary sinus and rightward nasal septal
deviation.  Recommend correlation for acute sinusitis.


End of diagnostic report for accession: 3174715
ICD9 Code(s): Y09

| Signed By: | CHANG, ALBERT, M.D. | 10/02/2019 10:15 PM |
|---|---|---|
| Finalized By: | CHANG, ALBERT, M.D. | 10/02/2019 10:15 PM |

Finalized Interpretation by: CHANG, ALBERT


Abnormal

| 02-Oct-2019 21:34 | Xray Chest 2 Views | 1 or more Final Results Received |
|---|---|---|

**BronxCare Health System**
1650 Grand Concourse, Bronx NY 10457 Phone : 718-590-1800
## Patient Results

| | | | | | |
|---|---|---|---|---|---|
| **All results performed dates from 02-Oct-2019** | | | | | |
| **ESCOBAR, TYRELL** | **Adult ED** | | 27y | M | **GHARIB, SHAHIN** |
| **DSC** | | | | | / 114-778-628 |

| | | |
|---|---|---|
| **02-Oct-2019 21:34** | **Xray Chest 2 Views** | **1 or more Final Results Received** |

Xray Chest 2 Views                                      Final          Updated
Chest radiographs

CLINICAL INFORMATION: Trauma.  Contusion.  Chest pain.  Initial
encounter.
Y09; Assault by unspecified means; Assault ( Y09 );  22yo m with
assault

TECHNIQUE:  Frontal and lateral views of the chest were obtained.

FINDINGS:  No prior studies were submitted for direct comparison.

The cardiomediastinal silhouette is unremarkable.  The pulmonary
vasculature is
within normal limits.  There is no acute infiltrate or pleural
effusion seen.
The visualized bony thoracic cage appears intact.  There is mild
levoscoliosis
of the lower thoracic spine noted.

IMPRESSION:

No evidence of acute pulmonary disease.

End of diagnostic report for accession: 3174716
ICD9 Code(s): Y09

| | | |
|---|---|---|
| Signed By: | CHANG, ALBERT, M.D. | 10/02/2019 10:39 PM |
| Finalized By: | CHANG, ALBERT, M.D. | 10/02/2019 10:39 PM |
| Finalized Interpretation by: CHANG, ALBERT | | |

Abnormal

**BronxCare Health System**
1650 Grand Concourse, Bronx NY 10457 Phone : 718-590-1800

## Patient Results

| All results performed dates from 02-Oct-2019 |
|---|

| | | | | |
|---|---|---|---|---|
| ESCOBAR, TYRELL | Adult ED | 27y | M | GHARIB, SHAHIN |
| DSC | | | ▮ | / 114-778-628 |

| 02-Oct-2019 21:42 | Xray Thoracic Spine 2 Views AP + Lateral | 1 or more Final Results Received |
|---|---|---|

Xray Thoracic Spine 2
Views AP + Lateral
                                                            Final          Updated

Radiographs of the thoracic spine

CLINICAL INFORMATION:  Trauma.  Contusion.  Back pain.  Initial encounter.
Y09; Assault by unspecified means; Assault ( Y09 );  22yo m with assault.

TECHNIQUE:  Frontal and lateral views of the thoracic spine were obtained.

FINDINGS:  No prior studies were submitted for direct comparison.

The normal thoracic kyphosis is preserved.  There is mild levoscoliosis of the
lower thoracic spine noted.  The thoracic vertebral body heights and alignment
are maintained.  The visualized pedicles appear intact.  There is no evidence
of acute bony fracture or destructive bony lesion.

The thoracic intervertebral disc spaces appear preserved.

There is no significant productive changes noted.

IMPRESSION:

No evidence of acute bony fracture, subluxation or significant degenerative
changes.

Mild levoscoliosis of the lower thoracic spine.


End of diagnostic report for accession: 3174717
ICD9 Code(s): Y09

| | | |
|---|---|---|
| Signed By: | CHANG, ALBERT, M.D. | 10/02/2019 10:51 PM |
| Finalized By: | CHANG, ALBERT, M.D. | 10/02/2019 10:51 PM |
| Finalized Interpretation by: | CHANG, ALBERT | |