# EXHIBIT R



BrunoCare Health System

## Patient Orders (Displayed Orders)

Some orders may not be shown for this chart for order dates from 02-Oct-2019 :
Display Format: By Department; Filtered by: Status; Grouped/Sorted by: Department and Order Date

| ESCOBAR, TYRELL | | :4-770-628 | 27y | | Male |
|---|---|---|---|---|---|
| Adult ED | GHARIB, SHAHN | | | | |

| Order Summary | | Order Date | Status | Stop Date | Entry Date |
|---|---|---|---|---|---|
| | | | | | 0/1 |
| **Pharmacy General** | | | | | |
| Acetaminophen fever: · | 50 | 02-Oct-2019 20:37 | Completed | 02-Oct-2019 21:37 | 02-Oct-2019 20:37 |
| Give: 650 mg EDAutoVerify Oral Once STAT | | | | | |
| Stop After 1 Days | | | | | |
| [Known as TYLENOL] | | | | | |

| Requested by PARRILLA, CARMEN | Printed on Reg1 |
|---|---|
| Printed on 6/3/2025 9:09 AM | Page 1 of 1 |

ESCOBAR0067