# EXHIBIT S

# NEW YORK CITY POLICE DEPARTMENT

Worksheet : TRI
Status : Approved
Report # : TRI-2019-046-000319
Incident Date : 10/02/2019 18:30 Wednesday



## INCIDENT INFO

**TRI Number**

### OCCURRENCE DATE & TIME

From: 10/02/2019 18:30 Wednesday

To: 10/02/2019 18:32 Wednesday

### OTHER INFO

| | | |
|---|---|---|
| Job Received : Other | If Other, Specify : Felony Warrant Reckless Endergament Docket # CR-018825-19QN | ICAD No. : |

IAB Log No. (if necessary): N/A

Event Type: Arrest

### Type of Interaction

| | | | |
|---|---|---|---|
| Civilian Injured: No | Subject Injured: Yes | Prisoner Attempted Suicide: No | Force Against MOS: Yes |
| Force By MOS: Yes | MOS Injured: Yes | | |

## LOCATION OF OCCURRENCE

| | | | |
|---|---|---|---|
| Jurisdiction: NYPD | Location Category: Residential | Location Type: Apt. Building | Location Within: Apartment |
| Location Identifier: Inside of | Location Name: | | |

### ADDRESS

| | | | |
|---|---|---|---|
| Address Type: Street Address | Location Identifier: Inside of | | |
| Building No.: 40 | Street Name: FEATHERBED LANE | Unit Type: APARTMENT | Unit Number: 6 A |
| Borough: Bronx | | | |
| Pct: 046 | Sector: D | PSA: | |

Latitude: 40.845947

Longitude: -73.91558

## REPORTING MOS INFORMATION

Type: MOS

| | | | |
|---|---|---|---|
| Is MOS on duty?: Yes | In Uniform: No | | |
| Agency: New York City Police Department | Command: 580 | Command Description: WARRANT SECTION | Tax Number: 911907 |
| Rank: DETECTIVE 2ND GRADE | Last Name: CORREA | First Name: LUIS | |
| Type of Assignment: Investigation | If Other, Specify: | | |

### PEDIGREE INFO

| | | |
|---|---|---|
| Sex: Male | Race: ▓▓▓▓▓ | |
| Age: Exact | Date of Birth: ▓▓▓▓ | Age: 52 |
| Height (ft): 6 | in: 1 | |
| Weight: 285 lbs | | |

## EQUIPMENT USE (CHOOSE ALL THAT APPLY)

| | | | |
|---|---|---|---|
| Firearms Discharge: No | OC Spray Discharge: No | CEW Discharge: No | Baton Strike: No |
| Other Equipment: No | | | |

## OTHER MOS INFO

At Time of Incident : Other MOS Present

Body Worn Camera?: No          If Yes, Serial No.:

D000026

## CIVILIAN/SUBJECT INFO

**Role:** Subject

**Name:** Tyrell Escobar

### PEDIGREE INFO

| | | |
|---|---|---|
| **Sex:** Male | **Race:** Black Hispanic | |
| **Age:** Exact | **Date of Birth:** ▮▮▮▮ | **Age:** 22 |
| **Height (ft):** 6 | **in:** 0 | |
| **Weight:** 170 lbs | | |

### ADDRESS

| | | | |
|---|---|---|---|
| **Address Type:** NYC | | | |
| **Building No.:** 40 | **Street Name:** FEATHERBED LANE | **Unit Type:** APARTMENT | **Unit Number:** 6 A |
| **Borough:** Bronx | **State:** New York | | |

**Corner:**

| | |
|---|---|
| **Intersection 1:** FEATHERBED LANE | **Intersection 2:** |
| **Cross Street1:** INWOOD AVENUE | **Cross Street2:** MACOMBS ROAD |

### OTHER CIVILIAN/SUBJECT INFO

| | | |
|---|---|---|
| **Injured:** Yes | **Resisted:** Yes | **Used Force:** Yes |
| **Top Charge:** 265.03 | | |
| **NYSID No.:** 11770750Z | | |
| **Alcohol Intoxication Suspected :** No | **Drug Use Suspected :** No | **Emotionally Disturbed Person :** No |

## ADDITIONAL REPORTS PREPARED

| Form Type | Report No. | Violation Section | Pct |
|---|---|---|---|
| Aided Report | 2019-46-3661 | | 46 |
| Arrest | B19640364q | 265.03 | 46 |
| Medical Treatment of Prisoner | | | 46 |

## FORCE AGAINST MOS

### Type of Force Used Against MOS (Check All That Apply and Include Attempts)

| | | | |
|---|---|---|---|
| **Hand Strike:** No | **Strike With Object:** No | **Menacing/Brandishing Weapon:** No | **Object Thrown:** No |
| **Wrestling/Grappling:** Yes | **Foot Strike:** Yes | **Assault With Knife/Sharp Object:** No | **Discharged Firearm At Officer:** No |
| **Pushing/Shoving:** Yes | **MOS Self-Inflicted:** No | **MOS Injured Attempting to Apprehend/Control Subject:** Yes | **None:** No |
| **Other:** No | | | |

## INJURY SUSTAINED BY MOS

| | | | |
|---|---|---|---|
| **None:** No | **Minor Swelling:** Yes | **Contusions:** Yes | **Complaint of Substantial Pain:** Yes |
| **Significant Contusions:** No | **Laceration(s) Requiring Sutures:** No | **Broken/Fractured Bone(s):** No | **Gunshot Wound:** No |
| **Heart Attack/Stroke/Aneurysm:** No | **MOS Killed:** No | **Other Condition/Injury:** No | |

### Subject Weapon Type

| | | | |
|---|---|---|---|
| **Chemical Agent:** No | **Firearm:** No | **Cutting Instrument:** No | **Blunt Instrument/Object:** No |
| **Simulated Firearm:** No | **Imitation Firearm:** No | **None:** Yes | **Other:** No |
| **Weapon use:** N/A | **Gun Type Used By Subject:** None | **Cal/MM:** | **No. Shots:** |
| **No. Hits:** | | | |

## ACTIONS TAKEN BY MOS

### Type of Force Used By MOS

| | | | |
|---|---|---|---|
| **Force Used:** Yes | **Hand Strike:** Yes | **Foot Strike:** No | **Forcible Take Down:** Yes |
| **OC Spray:** No | **Restraining Mesh Blanket:** No | **Conducted Electrical Weapon:** No | **Impact Weapon:** No |

D000027

## ACTIONS TAKEN BY MOS

### Type of Force Used By MOS

| | | | |
|---|---|---|---|
| Police Canine Bite: No | Discharged Firearm: No | Intentionally Struck Subject with Vehicle: No | Other Force: No |

## REASON MOS USED FORCE

### Reason For Force (Check All That Apply)

| | | | |
|---|---|---|---|
| Defense of Self: Yes | Defense of Member of Public: No | Defense of Other MOS: Yes | Stop Self-Inflicted Harm: No |
| Fleeing Suspect: Yes | Overcome Resistance or Aggression: Yes | Subject Armed with Weapon: No | N/A: No |
| Unintentional: No | | | |

### Medical Aid

| | | | |
|---|---|---|---|
| Offered Medical Attention To Subject?: Offered, Subject Accepted | EMS Treated?: N/A | Subject Removed To Hospital?: Yes | |

## CIVILIAN/SUBJECT'S INJURY

### Type of Injury Sustained By Civilian/Subject

| Physical Injury: | Substantial Physical Injury or Illness: Other Condition Requiring Treatment at Hospital Emergency Room Specify: A Member of US Marshals assigned to the Joint Regional Fugitive Task Force did deploy CEW to subject. Subject fell to ground hitting face causing laceration/bruising | Serious Physical Injury or Illness: | |
|---|---|---|---|

### How Was Injury Sustained

| | | | |
|---|---|---|---|
| Intentional Action By MOS: No | Intentional Action By Non-MOS: Yes | Intentional Self-inflicted: No | Unintentional Action By MOS: No |
| Unintentional Action By Non-MOS: No | Unintentional Self-inflicted: No | No Injury: No | Other: Yes Specify: Subject fell to ground causing injury to face, after being struck with CEW by a US Marshall assigned to the Regional Fugitive Task Force |

## FIREARM DISCHARGE

### Type of Discharge

| Intentional Discharge, Adversarial Conflict: | Intentional Discharge, Non-Adversarial (Animal): | Unintentional Discharge, Adversarial Conflict : | Unintentional Discharge, Non-Adversarial: |
|---|---|---|---|
| Other: | | | |
| No. of Prior Firearm Discharges by MOS : | | | |
| MOS Wore Vest?: | Projectile Defeated Vest?: | MOS Used Protective Cover?: | If Yes, Specify: |
| Officer's Weapon: | | | |
| Sights Used?: | Distance to Opponent When First Shot Fired (ft): | Shooting Position: | No. of Shots: |
| No. of Hits: | Self-Inflicted Injury to MOS?: | Discharge Injured Other MOS?: | Required to Reload During Confrontation?: |

## CEW USE

| Type of CEW Discharge: | | | |
|---|---|---|---|
| Manufacturer: | Model No.: | Serial No.: | CEW Cartridge No.: |
| No. of Dart Contacts: | Approx. Subject Distance: | Additional Cartridges Used?: | If Yes, Did Darts Miss?: |
| Darts Penetrate Skin?: | Did One or Both Darts Fall Out of Clothing: | Contact with: (Drive Stun): | Was CEW Effective?: |
| CEW Log Number: | | | |

D000028

## CEW USE

### Subject's Demeanor After CEW Use (Check All That Apply)

| | | | |
|---|---|---|---|
| None Apparent: | Stopped Resistance: | Continued Resistance: | Increased Resistance: |
| Attacked Officer: | Subject Incapacitated: | Fell to Ground: | N/A: |
| Other: | | | |

### Factors Contributing to CEW Ineffectiveness

| | | | |
|---|---|---|---|
| Darts Fell Out: | Darts Pulled Out: | Missed Subject: | Darts Too Far From Surface Area: |
| Poor Darts Spread: | Subject Fought Through: | Broken Wires: | Undetermined/Unknown: |
| N/A: | | | |

---

## SUPERVISOR'S RECOMMENDATIONS

Based on Information Available at the Time of this Report: I Recommended Further Investigation By:

### I Recommend Further Investigation By:

| The Duty Captain & Patrol Borough Investigations Unit Due to: A Substantial Physical Injury to a Subject Which Resulted From Police Activity | The Internal Affairs Bureau Due to: | The First Deputy Commissioner's FID Due to: |
|---|---|---|

---

## REVIEWING SUPERVISOR

| | | | |
|---|---|---|---|
| Agency: New York City Police Department | Command: 580 | Command Description: WARRANT SECTION | NCIC Number: 03030 |
| ID Number: 902588 | Rank: LT DET COMMANDER | Last Name: WEEKS | First Name: PAUL |

---

## MEDIA

| Media Type | File Name / Description | Hash Value |
|---|---|---|
|  | 20191003120059_Escobar Tyrell Photo CEW Left side of Face (2).jpeg<br>Subject's Left Side of Face | b793bee6021db8bf104004698c621e2080101792 |
|  | 20191003120113_Escobar Tyrell Photo CEW Right side of Face.jpeg<br>Subject's Right Side of Face | 85a2bbcbb8a3f11955b387e050cb596b53e93d9e |
| | 20191010103912_Correa.jpg<br>Injury of Detective Correa's hand | 7293464568ebc938c41bd15584c5547e783fe947 |
| PDF | 20191010111703_crrea mtp.pdf<br>Medical Treatment Prisoner form | 422250faf7a2fe098aaf345ac141ec7c7abbcd83 |

---

## SCANNED DOCUMENTS

| Media Type | File Name / Description |
|---|---|
| PDF | 20191011070125_191007122224-3581941.pdf |
| PDF | 20191011094644_191011060607-3587924.pdf |

D000029

## SCANNED DOCUMENTS

### ENTERED BY

| | | | |
|---|---|---|---|
| **Agency:** New York City Police Department | **Command:** 580 | **Command Description:** WARRANT SECTION | **NCIC Number:** 03030 |
| **Tax Number:** 894213 | **Rank:** SGT DET SQUAD | **Last Name:** MURPHY | **First Name:** ANNEMARIE |

### ENDORSEMENT HISTORY

| Submitted By: | Approved/Rejected By: | Note: | Status: | Endorsement Date: |
|---|---|---|---|---|
| ANNEMARIE P MURPHY 894213 SDS WARRANT SECTION New York City Police Department 03030 | ANNEMARIE P MURPHY 894213 SDS WARRANT SECTION New York City Police Department 03030 | needs editing | Rejected | 10/10/2019 06:28 Thursday |
| ANNEMARIE P MURPHY 894213 SDS WARRANT SECTION New York City Police Department 03030 | PAUL T WEEKS 902588 LCD WARRANT SECTION New York City Police Department 03030 | | Approved | 10/10/2019 07:18 Thursday |

D000030