# EXHIBIT T

**MEDICAL TREATMENT OF PRISONER**
PD 244-150 (Rev. 12-99)-Pent-RMU

Date 10/2/19

SECTION I - TO BE COMPLETED BY N.Y.P.D.

Prisoner's Name (Last, First, M.I.) (Print): Escobar, Tyrell    Age 22    Sex M

Address: 1-20    Street: Astoria Blvd.    Queens N.Y.    Zip Code:    Apt: 3H    Telephone No:

Arresting Officer: Rank (Print) Det    Name (Last, First, M.I.) Rosado, Jaime    Signature    Shield No. 5776    Tax Reg. No. 914936    Command RFTF

Arrest No. 046    Cmd Of Arrest    Charge 205.30

Escort Officer: Rank (Print) Det    Name (Last, First, M.I.) Rosado J.    Signature    Shield No. 5776    Tax Reg No. 914936    Command RFTF

Prisoner Requests/Requires Medical Aid ☐ Yes ☒ No   Prisoner Refused Medical Aid ☐ Yes ☒ No   Date    Time    Prisoner's Signature

Transported To Hospital (Name)    Date 10/2/19    Time    Via Patrol Wagon # ___    RMP # 18561    ACR #    PCR #    Operator Rank (Print) Name (Last, First, M.I.) Det Correa

Returned From Hospital Date    Time    Attempted Suicide ☐ Yes ☒ No    Nature Of Illness/Injury: Laceration on head.    If Injury ☐ Old ☒ New

Restraining Devices Used ☐ Yes  Type    E.S.U. Responded ☒ No ☐ Yes   If Yes, Respondent's Rank (Print) Name (Last, First, M.I.)

Prescription Medication Possessed At Arrest ☐ Yes ☒ No    Prescription Number And Name Of Physician    Pharmacy - Phone No    Property Clerk Invoice No. Cmd

Remarks: Pat[ient] seen t examined. Medically cleared for arraignment

Prisoner Refused Medical Aid In The Field ☐ Yes ☐ No | Prisoner Refused Medical Aid At The Command ☐ Yes ☐ No | Prisoner Refused Medical Aid Within The Court Section ☐ Yes ☐ No | Recommend Prisoner Be Separated From General Population ☐ Yes ☐ No

E.M.S. Field Personnel    Print Name (Last, First, M.I.)    Shield #    Date    Time    Refer To Hospital Emergency Room ☐ Yes ☐ No

E.M.S. Court Section    Print Name (Last, First, M.I.)    Shield #    Date    Time    Refer To Hospital Emergency Room ☐ Yes ☐ No

NYPD Supervisor/ Desk Officer    Rank (Print) Sgt    Name (Last, First, M.I.)    Signature    Cmd Of Arrest/Court Section 046    Date 10/2/19    Time 1830

SECTION II - TO BE COMPLETED BY HOSPITAL MEDICAL STAFF

Admitted To Hospital ☐ Yes ☒ No | Suicide Watch Recommended By Hospital Staff ☐ Yes ☒ No | Transfer to Psychiatric Hospital Recommended By Hospital Medical Staff ☐ Yes ☒ No | Medication Prescribed ☐ Yes ☐ No | Medication To Be Taken As Prescribed ☐ Yes ☐ No

Medication To Travel With Prisoner ☐ Yes ☒ No | Refer To Psychiatric Hospital ☐ Yes ☒ No

Print Name (Last, First, M.I.)    Signature    Title MD    Date 10/2/19    Time 23-2

NYPD Court Section Supervisor:    Rank (Print) Name (Last, First, M.I.)    Signature    Court Section    Date    Time

Received By Department Of Correction:    Rank (Print) Name (Last, First, M.I.)    Signature    Shield - I.D. #    Date    Time

DISTRIBUTION:  1. WHITE.  2. BLUE.  3. PINK – DEPT OF CORRECTION.  4. BUFF – CMD OF ARREST  5. GREEN – ARRAIGNING JUDGE
(Receipt will be obtained by Escorting Officer on PINK COPY and returned to COURT SECTION later) Upon receipt of PINK COPY, COURT SECTION Supervisor will remove BUFF COPY from FILE and forward it to COMMAND OF ARREST FOR FILE.)

NOTE: A PHOTO COPY OF THIS FORM MAY BE PROVIDED UPON REQUEST TO HEALTH AND HOSPITALS CORPORATION (HHC) PERSONNEL

**D000387**