# EXHIBIT U

SUPREME COURT OF THE STATE OF NEW YORK      NO FEE
QUEENS COUNTY
125-01 QUEENS BOULEVARD
KEW GARDENS, NY 11415

CERTIFICATE OF DISPOSITION INDICTMENT

DATE: 03/01/2023                     CERTIFICATE OF DISPOSITION NUMBER: 39861

PEOPLE OF THE STATE OF NEW YORK       CASE NUMBER:            00090-2020
                VS.                   LOWER COURT NUMBER(S): CR-030876-19QN
                                      DATE OF ARREST:         10/03/2019
                                      ARREST #:               Q19636773
                                      NYSID #:
                                      DATE OF BIRTH:
ESCOBAR,TYRELL                        DATE FILED:             02/06/2020

_____
            DEFENDANT

I HEREBY CERTIFY THAT IT APPEARS FROM AN EXAMINATION OF THE RECORDS
ON FILE IN THIS OFFICE THAT ON 12/11/2020 THE ABOVE NAMED DEFENDANT WAS
CONVICTED OF THE CRIME(S) BELOW BEFORE JUSTICE  KRON,B THEN A
JUSTICE OF THIS COURT.

OBSTRUCTING GOVERNMENTAL ADMINISTRATION 2nd DEGREE PL  195.05 00 AM

THAT ON 01/15/2021, UPON THE AFORESAID CONVICTION BY PLEA  THE HONORABLE
ZOLL,J  THEN A JUDGE OF THIS COURT, SENTENCED THE DEFENDANT
TO

OBSTRUCTING GOVERNMENTAL ADMINISTRATION 2nd DEGREE PL  195.05 00 AM
IMPRISONMENT =   364 DAY(S)
CONCURRENT TO: 00089-2020


CVAF = $25 (JUDGMENT ORDERED)
DNA  = $50 (JUDGMENT ORDERED)
SURCHARGE = $175 (JUDGMENT ORDERED)




IN WITNESS WHEREOF,I HAVE HEREUNTO SET MY HAND AND AFFIXED MY
OFFICIAL SEAL ON THIS DATE 03/01/2023.

                          _____
                               QUEENS COUNTY CLERK
                                 COURT CLERK


All marijuana convictions under PL 221.05, PL 221.10, PL 221.15, PL 221.20,
PL 221.35 or PL 221.40 - including any appearing on this certificate of
disposition - are vacated, dismissed, sealed, and expunged.  It is an
unlawful discriminatory practice for any entity to make any inquiry about
such an expunged conviction or to use such an expunged conviction adversely
against an individual in any form of application or otherwise - unless
specifically required or permitted to do so by statute.

Pursuant to section 70.15 of the Penal Law, any misdemeanor sentence with
a jail term of "1 year", "12 months", or "365 days" is, by operation of
law, deemed to be a sentence of 364 days. Any Certificate of Disposition
indicating a jail sentence of "1 year", "12 months", "52 weeks", or
"365 days" for a misdmeanor conviction shall be interpreted as a sentence
of 364 days.